**RECEIVED**

APR 0 2 2008 .T.C.

APR 02 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |
|---|---|
| SHEILA A. MANNIX, individually and as ) next friend of KEVIN MANNIX SHEETZ ) and BRIAN SPERRY SHEETZ ) Plaintiffs, ) ) v. ) ) DANIEL P. SHEETZ, SR. ) Defendant. ) ) | **08CV1883** **JUDGE SHADUR** **MAG. JUDGE MASON** Jury Demand Requested |

EMERGENCY COMPLAINT FOR

**VERIFIED APPLICATION FOR TEMPORARY RESTRAINING ORDER**

**WITHOUT NOTICE AND PRELIMINARY INJUNCTION**

**FRCP Rule 65, 18 U.S.C. §§ 1961-1968, 18 U.S.C. §§ 1512 and 1513**

**COME NOW**, on this 2nd day of April 2008, the Plaintiffs, SHEILA A. MANNIX

(hereinafter, "Dr. Mannix"), KEVIN MANNIX SHEETZ (hereinafter, "Kevin"), and BRIAN

SPERRY SHEETZ (hereinafter "Brian") (hereinafter collectively "Plaintiffs"), as and for their

**Verified Application for Temporary Restraining Order Without Notice and Preliminary**

**Injunction**, to respectfully move the Court (1) to issue a temporary restraining order without

notice *instanter* due to criminal retaliation against the Plaintiffs enjoining the Defendant from

further proceedings under Cook County Case No. 93 D 2984, et al, including the proceeding

scheduled for tomorrow April 3, 2008, (2) to set the hearing for preliminary injunction before a

jury at the earliest possible time as justice allows, and (3) to grant the Plaintiffs' leave to file a

complaint under 18 U.S.C. §§ 1961-1968 ("RICO") within 90 days. In support thereof, the

Plaintiffs state as follows:

## PARTIES, JURISDICTION AND VENUE

1. Plaintiff Dr. Mannix is a U.S. citizen who was born on September 14, 1960 in Connecticut. She has continually resided in either Cook or Lake County, Illinois since commencing graduate school at the University of Illinois at Chicago in September 1983. Dr. Mannix is an Illinois-licensed clinical psychologist and PhD-level trained research neuroscientist who was engaged in professional activities including but not limited to those detailed in attached **TRO Ex. B** before becoming a victim, witness, and informant of the corruption in the Domestic Relations Division of the Circuit Court of Cook County operating in violation of federal RICO law as defined by 18 U.S.C. § 1961. Dr. Mannix gave birth to two sons in Illinois as follows: Plaintiff Kevin is a U.S. citizen whose legal residence is Lake County, Illinois and who will be 18-years-old on August 11, 2008. Plaintiff Brian is a U.S. citizen whose legal residence is Lake County, Illinois and who will be 15-years-old on October 20, 2008.

2. Defendant Daniel P. Sheetz, Sr. (hereinafter, "Defendant") is a U.S. citizen who resides in Cook County, Illinois and was born on September 5, 1955 in Illinois. The Defendant is the ex-husband of Dr. Mannix [Judgment entered March 12, 1993] and the father of Kevin and Brian.

3. Events giving rise to the instant cause of action for temporary restraining order and preliminary injunction hereinafter set forth occurred in Cook and Lake Counties, Illinois. Events giving rise to the aforementioned federal RICO action occurred in Cook and Lake Counties, Illinois, and over state lines, including Fairfield County, Connecticut and Maricopa County, Arizona.

4.  This Court has subject matter jurisdiction over the controversies between the parties under 28 U.S.C. § 1331 and 28 U.S.C. § 2283 since the controversies involve questions arising under the statutes of the United States including but not limited to 18 U.S.C. §§ 1961-1968 and 18 U.S.C. §§ 1512 and 1513.

15.  Venue is proper in this judicial district under 28 USC § 1391(b) and 18 U.S.C. § 1965 because the Plaintiffs and Defendant reside in the Northern District and because a substantial part of the events giving rise to these claims occurred in the Northern District.

## CAUSE OF ACTION

16.  Dr. Mannix, as an indigent, unrepresented, non-attorney litigant who is seeking representation for the Plaintiffs from the Court, is well aware that she cannot possibly create documents like a trained attorney, therefore she cites supporting authorities which acknowledge this fact and ruled that *pro se* pleadings are to be considered without undue focus on technicality, but rather focus **on substance** and **the just adjudication of the matter before the court**; pro se litigants pleadings are not to be held to the same high standards of perfection as lawyers. [Haines v. Kerner, 92 S.Ct. 594; Jenkins v. McKeithen, 395 US 411, 421 (1969); Picking v. Penna. Rwy. Co. 151 F.2d 240; Puckett v. Cox, 456 F.2d 233; Hughes v. Rowe, et. al. (1980), 101 S. Ct. 173]

17.  The Plaintiffs assert the factual allegation that they are victims, witnesses, and/or informants of public corruption in need of immediate relief from past and imminent ongoing retaliation in violation of 18 U.S.C. §§ 1512 and 1513, including threats of framing and false arrest against Dr. Mannix as a falsely alleged "serious security threat," most recently detailed in the void order entered by Judge Eileen M. Brewer on February 11, 2008 in the clear absence of all jurisdiction in an *ex parte* proceeding maliciously relying on the void orders of the late Judge

3

Donegan which order evidences <u>coercion under duress,</u> and states in pertinent part, "(1)
Petitioner's request for a telephone conference is denied…. (3) Sheila Mannix must appear on
the next court date or her failure to do so may result in all her pleadings being stricken."

18.    Verifiable past threats of and/or actual false arrests, prosecution, malicious use of
process, and/or incarceration against Dr. Mannix and/or individuals associated with her and/or
the lawful, volunteer, non-profit organization she co-founded with Karyn Mehringer in June
2005, Illinois Family Court Accountability Advocates (IFCAA), have occurred on but are not
limited to the following dates: October 14, 2005 (against Dr. Mannix by Judge Donegan and
court-appointed attorney David Wessel), December 15, 2005 (Dr. Mannix by Judge Donegan),
December 16, 2005 (Karyn Mehringer by Judge Shields), March 30, 2006 (Dr. Mannix by Judge
Donegan), April 26, 2006 (Dr. Mannix and Karyn Mehringer by Judge Shields and those acting
on her behalf), June 20, 2006 (Dr. Mannix by Judge Donegan), July 25, 2006 (Dr. Mannix by
Judge Donegan), August 16-17, 2006 (Dr. Mannix and Karyn Mehringer by Judge Shields and
those acting on her behalf), September 5, 2006 (Dr. Mannix by attorney Enrico Mirabelli),
October 4, 2006 (Dr. Mannix and Michael Lynch by Judge White), October 13, 2006 (Michael
Lynch by Judge McNamara), October 16 and 17, 2006 (Marie Szczypta and Dr. Mannix by
Judge Shields), December 20, 2006 (Dr. Mannix by Judge White), February 2, 2007 (Dr. Mannix
and Jamie Hernandez by Judge Donegan in conspiracy with the Defendant, court-appointed
attorney David Wessel, Defendant's attorney Mitchell Asher, and those acting on their behalf),
February 23, 2007 (Dr. Mannix by Judge Donegan and those acting on his behalf), March 23,
2007 (Dr. Mannix by Judge Cleveland-Bernstein), April 17, 2007 (Dr. Mannix by Judge
Jacobius), April 18, 2007 (Dr. Mannix and/or Karyn Mehringer by Judge Hamilton and Judge

4

Jacobius' administrator), May 17, 2007 (Dr. Lundsgaarde by Judge Katz), May 17, 2007 (The

Lynch Brothers and Dr. Mannix by attorney Michael Braun), June 28, 2007 (Dr. Mannix by

court-appointed attorney David Wessel and Defendant's attorneys Asher and Rissman), June 28,

2007 (Marie Szczypta and Dr. Mannix by Judge Shields), July 27, 2007 (Rosemarie Broderick

and Dr. Mannix by Judge Brewer and those acting on her behalf), September 18, 2007 (Dr.

Mannix by Judge Brewer), on or about October 1, 2007 (Dr. Mannix by the Illinois Attorney

General), October 31, 2007 (Dr. Mannix by court-appointed attorney David Wessel and

Defendant's attorneys Asher and Rissman), November 13, 2007 (Dr. Mannix by Judge Brewer

and those acting on her behalf), December 20, 2007 (Rosemarie Broderick and Dr. Mannix by

Judge Brewer), and February 26, 2008 (Dr. Mannix by the Defendant). The above factual

allegations can be proven by the following: (a) eye witnesses, (b) court transcripts, (c) the

audiotape of the February 2, 2007 proceeding before the late Judge Donegan, (d) multiple

verifiably false Incident/Offense Reports, (e) multiple police reports, (f) court records, and (g)

Lake County Recorder's Office Document 6324306.

    19.    Further, the Plaintiffs assert the factual allegation that, in an act of retaliation, Kevin

and Brian have been held against their wills with the Defendant in Cook County since October

31, 2005 with void orders entered by the late Associate Judge James G. Donegan in the clear

absence of all jurisdiction in conspiracy with the Defendant, court-appointed state court agents

including but not limited to attorney, David Wessel, and Illinois –licensed psychiatrist, Jonathan

Gamze, M.D., and the Defendant's two law firms, the Law Offices of Mitchell F. Asher and the

Law Offices of Bush & Heise, and all subsequent judges maliciously relying on the void orders

of the late Judge Donegan, in violation of federal RICO law as defined by 18 U.S.C. § 1961 and

in ongoing acts evidencing federal criminal extortion across state lines of the Plaintiffs' aging, disabled, widowed mother and grandmother who resides in Connecticut. See attached **TRO Ex. C** for subpoena response from Dr. Gamze received on or about February 27, 2008.

20.     On February 21, 2008, Dr. Mannix caused the Lake County Clerk under the pending Petition for Order of Protection Case No. 07 OP 1512 to issue a subpoena for documents to Jonathan Gamze, MD, a 604(b) custody evaluator ordered in November 2005 with void orders in the Cook County case in which custody is not lawfully at issue, because on Saturday, January 26, 2008, Dr. Mannix's mother told Dr. Mannix that she was told that she had to pay for Dr. Gamze's report because "there was an order that said so." That there is no order that required Dr. Mannix (nor, of course, her aging, disabled, widowed mother in Connecticut) to pay for the fraudulent report of Dr. Gamze:

> A. The late Judge James G. Donegan's void order of November 4, 2005 states in pertinent part, "3. A 604(b) appointment of a psychiatrist will be made with the Respondent paying the initial costs subject to a re-allocation between the parties regarding the costs of the 604(b);"
>
> B. The Judge Donegan's void order of November 18, 2005 states in pertinent part, "2. That Daniel Sheetz shall be responsible for paying Dr. Gamze subject to the Court allocating said payment between the parties."
>
> C. No re-allocation order has ever been entered because such an order **is barred** by the October 19, 2004 Supreme Court Rule 219 financial default judgment against the respondent.

21.     Further stating, Dr. Gamze's verifiably false report written in conspiracy with the Defendant, the court-appointed attorney, David Wessel, and the judiciary released on February 2, 2007, is irrefutable documentation of the criminal retaliation against the Plaintiffs as follows:

> A. On December 7, 2006, Kevin's private attorney, James Kaiser, was able to get into the Record Kevin's articulate, written statement of his <u>one day of two short</u>

6

interviews with Dr. Gamze which statement evidenced violations of Dr. Gamze's Professional Code of Ethics; the Rules of the Medical Practice Act, Section 1285.240: Standards; and the Medical Practice Act. See attached **TRO Ex. D**. Dr. Gamze falsely diagnosed Kevin and Brian, who are highly competent, eye witnesses to the crimes that have been committed against them by the Defendant in conspiracy with state court agents, as **allegedly psychotic** on Page 47 of said report.

B. Further Dr. Gamze recommended "prolonged incarceration for the mother" on Page 50 of said report after he refused to cooperate with Dr. Mannix's three lawful, documented, written requests for his Curriculum Vitae and other information to which she was legally-entitled as the unrepresented petitioner of the action. Dr. Gamze never saw Dr. Mannix before suggesting in his report that she was **allegedly psychotic** and then irrefutably documented the criminal agenda of false incarceration against Dr. Mannix. See attached **TRO Ex. E**.

22.    Further stating that after both of the first two illegally court-appointed evaluators falsely accused Dr. Mannix of being allegedly severely mentally ill in March 2003 and February 2004, court-appointed attorney David Wessel submitted written settlements giving Dr. Mannix sole custody and final decision making powers if his and his co-conspirators' criminal acts against the Plaintiffs, including the Defendant's, were covered up and she and her family in Connecticut, in essence, paid everyone off, including the Defendant. Now, the third illegally court-appointed evaluator, Dr. Gamze, has fraudulently diagnosed **the teenagers** as allegedly psychotic and has irrefutably documented the criminal agenda in Cook County to falsely

incarcerate Dr. Mannix, about which she testified on October 13, 2006 is a pattern of practice of

the actors in the racketeering enterprises in family courts across the nation in the proceedings in

Cook County Case No. 98 CH 11007, Mary Carr and Mario D'Agostino v Michael Lynch, et al.

23.    That during the proceedings of the aforementioned case, Dr. Mannix testified under

oath on the stand as follows [page 46, Lines 4-10]:

> **So I shifted my professional focus from my training to developing seven analytic lenses to understand how it is that the human organism, which is designed for highly intelligent, ingeniously creative and profoundly loving social behavior could create a world of so much pathology and harm and pain, especially to children.**

24.    That during the proceedings of the aforementioned case, Dr. Mannix testified under

oath on the stand as follows [page 47, Line 17 to Page 48, Line 14]:

> **The narcissist as being an individual who hasn't gotten what they needed in their development. Nobody comes out of the womb a narcissist, nobody comes out of the womb a sociopath. Nobody comes out of the womb willing to sacrifice children's lives for money, etc.**

> **So, anyway, I shifted my focus when I literally - - this is quoting the child representative, who I later found out was one of the key players of the racketeering enterprise. When he said that I should view my situation as if I had been dragged through a dark alley and was being mugged, and there's nothing you could do about it.**

> **He stated this to me in the one and only meeting that we had after the court appointed him. And I thought to myself - - I can't say what I actually felt on the court record.**

> **The first thing I thought is you're messing with the wrong mom. And then the next thing I thought was my God, how many other women has this man said this to?**

25.    Dr. Mannix's testimony included the following at page 48, Line 15 to Page 51, Line 5

of the Certified Report of Proceedings of October 13, 2006:

8

**Q.**      **And so through your divorce proceedings, you had encountered a judge named James Donegan?**

**A.**      **Well, what ended up happening is - -**

**Mr. Braun**      **I didn't hear that Name.**

**Mr. Lynch**      **James Donegan**

**Dr. Mannix**      **What ended up happening was I went through a number of cycles of the pattern of practice of the racketeering enterprise. Each cycle I was supposed to cave in, but I would garner my strengths.**

**As a research scientist, I was able to start collecting material evidence of the racketeering enterprise and the alleged criminal acts in my own case.**

**So I went through two rounds of the criminal enterprise very similar as we have discovered in several courts, the Probate Court, the Bankruptcy Court, and the family court where the court or the judges assign individuals.**

**For example, in the family court, it would be like a child representative; in the Bankruptcy Court, it would be like a trustee; in the Probate Court, it would be a conservator.**

**Individuals are given the power over individuals' assets, so that was the beginning when I first studied - - because it just didn't make sense.**

**Very high functioning people would come to just get their legal rights to compliance for child support or, you know, engage in these other activities in the Probate Court or the Bankruptcy Court.**

**And like myself, I just came for compliance with a divorce decree - - which was the economic abuse, I'm calling it (the economic abuse component of) the domestic violence in my family - - and the next thing I know, I'm dragged into something, and I can't get out of it.**

**I've lost over a million dollars, assets, income, my reputation, my career. And they - - Judge Donegan, in an ex parte hearing with absolutely no evidence - - and I will never be able to get an evidentiary hearing - - took my children on October 31st, and it's like a stalemate, like the pattern is replicated. You're just expected to cave in.**

**So in the middle of all this; for example, they created a false report. At the same time that they created a report that stated that I was - - alleged that I was severely mentally ill, delusional, should be on medication. And that on a scale of 100 - - 1 to 100, I functioned at 50. I was founding a school - - before any knowledge of this court and the law, I created a potential case form for the Institute for Justice in D.C. and received pro bono representation from Kirkland and Ellis for the school I was forming.**

**I didn't cave in during that whole period, and the court while I was high functioning in opposition to these fraudulent reports that**

> **was used stating that - - you know, this report is so bad about you, we're going to take the children, you know, so it went from there, went through another round of that.**

26.     Dr. Mannix's testimony included the following at page 59, Line 18 to Page 60, Line

14 of the Certified Report of Proceedings of October 13, 2006:

> **Q.     And you understand the criminal enterprise. Who's controlling it, the names, the involvement. You also have evidence of Judge Donegan's trust, yes?**
> **A.     (Nodding.)**
> **Q.     What is name of that trust?**
> **A.     Legato.**
> **Q.     Can you review that? Is that the same trust that you're talking about?**
> **A.     Yes. Through - - see, that's why this was difficult because individuals have been threatened. Myself, I've been threatened multiple times by Judge Donegan with going to jail. We have many stories of women across the country who try to fight for their rights, and the rights of their children. They get falsely accused of things, and they go to jail. They're impoverished like I have been. So you can't fight back. No lawyer will touch your case. So what we did - - well, right on our own, but yes - -."**

27.     Dr. Mannix is of information and belief that a temporary restraining order proceeding

has the same purpose as a preliminary injunction except the required showing of evidence is

relaxed and the proceeding may be *ex parte* due to the emergent nature of the matter involving

irreparable injury, harm, loss due to ongoing retaliation against the Plaintiffs by the Defendant in

conspiracy with state court agents and those acting on their behalf. A more substantial hearing

before a jury for more permanent pre-hearing relief can take place to establish the status quo of

the Plaintiffs back to the last peaceable moment for the pendency of an action.

28.     Dr. Mannix is of information and belief that the purpose of issuing a preliminary

injunction is to preserve the status quo during the pendency of an action. ***Lundgrin v. Claytor,***

***619 F.2d 61, 63 (10th Cir.1980).*** In order to be entitled to a preliminary injunction, a plaintiffs

must demonstrate: (1) they will suffer irreparable injury unless the preliminary injunction issues;

(2) the threatened injury to the plaintiffs outweighs whatever damage the proposed injunction

may cause to defendant; (3) the injunction, if issued, would not be adverse to the public interest;

and (4) there is substantial likelihood that the plaintiffs will eventually prevail on the merits. Tri-

State Generation and Transmission Ass'n, Inc. v. Shoshone River Power, Inc., 805 F.2d 351, 355

(10th Cir.1986) (citing Lundgrin, 619 F.2d at 63).

29.     Dr. Mannix is of information and belief that in this action, all well-pled allegations

are taken as true.

**A. Substantial Likelihood of Success on the Merits**

30.     The likelihood of success on the merits is irrefutably supported by the below quote

from the February 27, 2008 opinion of the First District Appellate Court in Cook County Case

No. 98 CII 11007, Mary Carr and Mario D'Agostino v Michael Lynch, et al., at which Dr.

Mannix testified as a victim, witness, and informant of the corruption in Chicago's family court

and which opinion stated in pertinent part: "Although Mannix did not provide Lynch with any

information regarding Judge White, she **produced direct evidence** regarding several other

judges' involvement in the bribery scheme." [Page 8, last paragraph; Emphasis added.]  See

attached **TRO Ex. F, the last exhibit attached in support of this action** which is a copy of a

certified copy of Lake County Recorder's Office Doc. 6324306.

**B. Irreparable Injury**

31.     The Plaintiffs can definitively prove that they will continue to suffer ongoing

irreparable harm, injury, and loss without the issuance of a temporary restraining order *instanter*

without notice and subsequent issuance of a preliminary injunction.  See attached **TRO Ex. A**

for supporting affidavit.

## C. Balance of Harms

32.     There is no measure, moral or otherwise, to compare the irreparable harms that have

been suffered and will continue to be suffered by the Plaintiffs as a direct result of the unlawful

actions of the Defendant in conspiracy with state court agents and those acting on their behalf if

this Court does not issue a temporary restraining order *instanter* without notice and/or

preliminary injunction versus the repercussions to the Defendant if his unlawful acts are enjoined

by this Court.

## D. Public Interest

33.     Courts are required to construe the public as being in favor of upholding the

Constitution of the United States and of being in favor of upholding and enforcing federal

statutes created by the U.S. Congress. The Plaintiffs require this temporary restraining order and

preliminary injunction to stop further violation of their federally-protected constitutional and

civil rights and liberty interests and to stop the violation of federal laws being perpetrated against

them by the Defendant in conspiracy with state court agents and those acting on their behalf

which acts irrefutably represent a *"clear and present danger to the administration of justice."*

## E. Bond

34.     Bond is not required as there is no likelihood of harm to the Defendant if the

temporary restraining order and/or preliminary injunction are issued.  Rule 65(c) provides in part

that no preliminary injunction shall issue "except upon the giving of security by the applicant, in

such sum as the court deems proper, for the payment of such costs and damages as may be

incurred or suffered by any party who is found to have been wrongfully enjoined."  The Tenth

Circuit has stated that the trial court has "wide discretion" in setting the amount of the

12

preliminary injunction bond. See Cont'l Oil Co. v. Frontier Ref. Co., 338 F.2d 780 at 782, 783

(10th Cir. 1964). The Tenth Circuit also recognized circumstances in which a bond is

unnecessary. "'[A] trial court may, in the exercise of discretion, determine a bond is unnecessary

to secure a preliminary injunction "if there is an absence of proof showing a likelihood of harm.'

Continental Oil Co. v. Frontier Refining Co., 338 F.2d 780, 782 (10th Cir.1964)." Coquina Oil

Corp. v. Transwestern Pipeline Co., 825 F.2d 1461 (C.A.10 (N.M.), 1987).

### PRAYER FOR RELIEF

The Plaintiffs, SHEILA A. MANNIX, KEVIN MANNIX SHEETZ and BRIAN SPERRY

SHEETZ seek relief in the form of [1] a temporary restraining order without notice *instanter*

enjoining the Defendant from further proceedings under Cook County Case No. 93 D 2984, et al.

[proposed order attached]; [2] an order setting a full evidentiary hearing for preliminary

injunction before a jury at the earliest possible time as justice allows; and [3] an order granting

the Plaintiffs leave to file a complaint under 18 U.S.C. §§ 1961-1968 ("RICO") within 90 days.

Date: April 2, 2008                                  Respectfully submitted,


_____

SHEILA A. MANNIX
1118 RFD
Long Grove, Illinois 60047
(847) 971-6679

13

**AFFIDAVIT OF SHEILA A. MANNIX IN SUPPORT OF PLAINTIFFS' VERIFIED**

**APPLICATION FOR TEMPORARY RESTRAINING ORDER**

**WITHOUT NOTICE AND PRELIMINARY INJUNCTION**

I, your affiant, Sheila A. Mannix, being first duly sworn, on oath, states as follows:

1. I am of legal age and competent. This affidavit is made on my personal knowledge of all matters set forth herein. If sworn and called as a witness in this matter, I could, and I would, testify competently as to each fact set forth herein.

2. I created the attached document which I incorporate herein in my affidavit by reference in entirety and about which this affidavit is attesting is of integrity as an unrepresented, non-attorney litigant.

3. Under penalties of perjury as provided by law, I certify that the statements set forth in this and the attached incorporated document are true and correct, except as to such matters herein and therein stated to be on information and belief and as to such matters, I certify aforesaid that I verily believe the same to be true.

4. Further, I certify that all exhibits attached to the incorporated document are copies of authentic documents.

5. My sons and I have no other adequate remedy at law for the emergency protection and relief to which we are legally entitled other than this temporary restraining order issued without notice to the Defendant given the documented retaliation against us whenever we try to get help.

6. I am afraid that if I step one foot in the Daley Center tomorrow, I am going to be framed and falsely arrested like they have tried to do multiple times in the past, especially on November 13, 2007. But I am being coerced under duress because Judge Brewer's last order stated that she may strike all my pleadings if I don't appear even though I made a formal written request to appear via telephone under Illinois Supreme Court Rule 185, which request she denied in her void February 11, 2008 order.

7. As a result of the verifiable criminal harassment, threats, intimidation, coercion under duress, extortion, tampering with, and retaliation against myself and my two teenaged sons as victims, witnesses, and/or informants of verifiable public corruption by state court agents and those acting on their behalf in conspiracy with the Defendant, my sons and I have experienced irreparable harm, injury, and loss, including but not limited to medically-documented irreparable physical harm, emotional distress, psychological stress, and financial

14



harm. Said documented medical harm includes a near fatal over-the-counter drug overdose on January 11, 2007, self-mutilation, stress-induced eczema, and ongoing severe stress-induced gastrointestinal and hormonal problems, dehydration, and panic attacks.

8. That pursuant to the irrefutable record in state court, I have been maliciously and criminally impoverished by the Defendant in conspiracy with state court agents in the Circuit Court of Cook County and Lake County and those acting on their behalf and have suffered and am suffering irreparable injury, harm and loss due to my criminal impoverishment, false criminalization, and defamation and irreparable damage to my reputation, career and interstate business venture. On April 23, 2002, after the Court's Emergency Intervenor returned a finding of abuse by the Defendant against the children and that I was allowing liberal visitation and was not committing alienation, my own attorney, Sandra Nye, argued before Judge Thaddeus Machnik that the January 2002 vexatious sole custody petition against me filed seven months after a child support and arrears awards was entered against the Defendant should **not** be withdrawn and a custody battle was subsequently fabricated in a domestic violence case, which binding Illinois statutory law prohibited, for the express purpose to <u>exploit my sons for financial gain</u> of the Defendant and Cook County Circuit Court agents in alleged direct violation of the Illinois Wrongs to Children Act and federal RICO law as defined by 18 USC § 1961. It was later verified by a subsequent attorney of mine, David Mann, that my initial attorney, Ms. Nye, and the Child Representative, David Wessel, she unlawfully got appointed to the case in alleged conspiracy with Judge Machnik, erroneously believed I was the heiress of the Rand McNally map company fortune as the result of a confabulation involving a spin-off of my predecessors' Sperry Gyroscope Company, namely, Sperry Rand Corporation, and the unrelated company, Rand McNally, thereby <u>establishing alleged motive and intent.</u> As a result of the fabricated custody battle, I have been forced to make **in excess of $300,000** in direct payments to Circuit Court of Cook County state court agents. The fully documented federal felony extortion of me and of my disabled and aging parents across state lines for three illegally ordered evaluators now totals **$48,675.00.** That I have lost **over one million US dollars** as a direct result of the unlawful acts that have been committed against me, my sons, and my family in Connecticut by the Defendant in conspiracy with the state court agents in the Circuit Court of Cook County, Illinois under Case No. 93 D 2984, et al. My children were judicially kidnapped in an ex parte proceeding on October 31, 2005 in retaliation for our standing up to the unlawful acts of the Defendant in conspiracy with Circuit Court of Cook County state court agents in conspiracy with Circuit Court of Lake County state court agents and those acting on their behalf. Our home was sold at auction on March 26, 2008 despite an unenforced and unappealable financial default judgment against the Defendant now worth well over $100,000 that was entered on October 19, 2004.

9. Due to the documented conduct of the Defendant in conspiracy with multiple state court agents and those acting on their behalf on Lake and Cook Counties from October 14, 2005 and up to and including on November 13, 2007, **which conduct has irrefutably evidenced moral turpitude and an inhuman disregard for my sons and my own basic human rights and federally-protected civil rights and liberty interests,** I formally gave notice on



November 16, 2007 to US Attorney Patrick Fitzgerald and FBI-Chicago Director Robert Grant as follows: "I am hereby formally informing you that my sons and/or myself are at imminent risk of continued harm including potential fatal injury due to the fact that we are witnesses, victims, and/or informants of alleged verifiable public corruption. If it is reported that anyone of us has died of an accident, it was not an accident."

10. Especially after my clinical work with Vietnam War combat veterans and a North Korea War POW at the North Chicago VA Medical Center, I maintain a deep and profound reverence for the honest men and women who put on a badge, day-after-day, and put their lives on the line for the citizenry despite no one, to date, stopping the crimes that have been and are being committed against my innocent suffering sons and me.

11. That I have a deep and profound reverence for the spiritually-based democratic principles upon which the US Constitution is founded; that I have an unfaltering obedience to the laws of the State of Illinois and federal statutes; and that I have an indomitable obedience to my moral and civil duty as a resident of the State of Illinois and citizen of the United States of America to uphold same even in the face of the irreparable harm, injury, and loss as a result of unlawful acts against me, my sons, and my family in Connecticut by my ex-husband in conspiracy with state court agents and those acting on their behalf.

12. I swear before Almighty God that I have never been and will never be an unlawful threat to anyone. However, by the Grace of God and the Power of Love, and with strength and honor, I pray that in the face of the devastating suffering of my own children and the undeniable retaliation against me as a victim, witness, and informant of irrefutable public corruption resulting in irreparable damage to my health and my reputation and career and my unlawful defamation, criminalization, and impoverishment that I may continue to be given the courage to obey my moral and civil duty as a resident of the County of Lake, State of Illinois, as a citizen of the United States of America, and as a loving, caring human being so that I may continue be a lawful threat to corrupt public officials, who are literally selling children's flesh to the highest bidder through our nation's family courts, by utilizing the many blessings God has bestowed upon me on behalf of disenfranchised children.

13. I restate and reaffirm the statements I made at the national Family Preservation Day rally on August 18, 2007 at the foot of the Lincoln Memorial in our nation's capital:

> And most important to my presentation today, we were networked with organized crime family informants.
>
> Please understand that IFCAA members did not ask to become aware of organized crime informants.
>
> We did not ask for this cross to bear and become moms and dads against the mob. But we will shoulder this burden with honor and integrity on behalf of the suffering children of our nation and on behalf of our law enforcement officials, soldiers and veterans.
>
> People say that we are crazy.

TRU EX A

My response is that if you think that our belief in justice and our great US Constitution is crazy then you have made a statement about yourself, not me and my co-members of IFCAA.

People ask me if I am afraid.

And I respond, of course I am afraid, I'm not crazy!

But I am more afraid of waking up one day and looking in the mirror to see a woman who has sold her soul to this fear. And in the face of this fear, I just have to think of our suffering children and our suffering soldiers and veterans who are alone in the dark of night - wounded, abused, or wondering if their protective mom or dad or their country has abandoned them. And when I think of them, I am filled with indomitable courage to stand up to my moral and civil duty to them.

I ask you to stand up with me and my IFCAA co-members.

14. Further affiant sayeth naught.

Sheila A. Mannix

SUBSCRIBED and SWORN to before me on this 1st day of April, 2008.

NOTARY PUBLIC

```
OFFICIAL SEAL
ELIZABETH S. MILLER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-13-2008
```

TRO EX A

Corporate Overview - Photo Essay

Page 1 of 2



# GyroPower
Empower Technology for Humanity

| Corporate Overview | Tools for 2K | Be Active | GyroPower Feedback | Contact Us |

## Corporate Overview

**What is GyroMedia LLC?**
• Corporate Structure
• Business Plan and Financials
• Biographies

**What is "In All Our Best Interest?"**

**About the Content and Content Providers**

**About the Strategic Partners**

**What Does Gyro Media LLC Need?**

(FAQ) (GLOSSARY)

"We are in the fortunate position of having our deepest sense of morality coalesce with our self-interest."
– Rev. Martin Luther King, Jr.

### Scholars Statements of Support

"Your integrative and comprehensive thesis could not be more timely in this time of dominator regression."
Riane Eisler, Center for Partnership Studies, whose book, _The Chalice and The Blade: Our History, Our Future_ has been called "the most important book since Darwin's _Origin of Species_" by Princeton anthropologist, Ashley Montagu.

"The projects you are engaged in are imaginative and exciting, and I look forward to hearing more about how they are progressing -- as I'm sure they will be... I read through your materials with interest. Some were really quite moving. The "family album" is making the rounds of our (literal) family... Nothing like a ray of light in a dark world."
Noam Chomsky, MIT, referred to as "the most important intellectual of our time" by _The New York Times_

"It sounds like a fascinating, exciting and important project that you're doing. I'd like to be supportive in any way that I can."
Cornel West, Professor of Divinity and African-American Studies, Harvard

"Your intense passion and drive are exactly what are needed to actualize a vision of this magnitude and potential impact."
Sut Jhally, Executive Director, Media Education Foundation, and Professor of Communications, UMass-Amherst

"Yes, I would be open to being the Stanford faculty sponsor of the Global Education Program... Here's hoping for the right connection. If the rest of the world had your great, good heart, we'd have had peace long ago."
Nel Noddings, Professor Emeritus, Stanford School of Education
_John Dewey Scholar_



TRO EX. B

*In the 21st Century, the greatest power, wealth, and influence will accrue to those who unleash the potential of our newly interdependent world by re-engineering the business-education-political triad into one that fits the physical reality of a world where it is finally possible for everyone to 'win.'*

*Rising Tide Summit, New York City*
*Summer, 1998*

**GOAL:** *Launch a global multimedia campaign designed as a prototype of the 'peace-media' complex - a viable alternative to the military-industrial complex - by establishing a self-sustaining, 4-point, for-profit/non-profit hybrid fueled by the integrated function of Strategic Partners - content providers, content deliverers, and technology partners.*

**INNOVATION:** *Guarantee structural integrity throughout the implementation and sustained growth of the hybrid's dual bottom line - TO GENERATE REVENUE TO ACHIEVE SOCIAL GOALS - by securing funding from socially and financially invested Strategic Contributors in the form of charitable contributions, program-related investments, and capital Investments.*

## IN ALL OUR BEST INTEREST
An Umbrella Non-Profit Organization                    The Non-Profit Activities of IAOBI:

*I. GLOBAL EDUCATION PROGRAM*
*Mission: Establish a global system of education composed of networked real & virtual classrooms (K-16) utilizing the multimedia delivery of multicultural curriculums designed to fully develop each student's unique multifaceted intelligence within an intact identity structure. Provide the concrete tools of pragmatic, sustainable & responsible development resources to enable communities to restructure and establish the school as the social hub of community life and clearinghouse for social services.*
*Target: **The Educate & Relate Program in the New School Facility***

*II. GLOBAL PUBLIC SERVICE CAMPAIGN INITIATIVES*
*Mission: Establish channels for social activism and channels for access to information and resources by the disenfranchised.*
*Proposed First Campaign: **Doing Darwin: Be Human. Be Loving.***

*III. GLOBAL INTERRELATIONAL COMMUNICATION INSTITUTE*
*Mission: Establish ongoing interrelational, research-based evaluation of the efficacy of the blueprint on improving global social and environmental statistics.*
*Proposed Target: **Noam Chomsky Center for Integrative Ingenuity at MIT***

## IV. Gyro Media LLC
Convergent Technology for Humanity                A Partially-Owned For-Profit Subsidiary of IAOBI

*Mission: Generate a sustainable revenue stream to achieve the social goals of Points I., II., & III. above. The synergistic success of the blueprint is contingent on significantly impacting the cultural environment through the development and mainstream promotion of a deluge of convergent technology media products designed to provide an entertaining content of global appeal and immerse the public in useful information and healing images of the true potential of human relations and ways of prospering on our earth. All IAOBI non-profit activites integrate with Gyro Media LLC for-profit offerings.*
*Target: **GyroPower.com, GyroPower Radio, & GyroPower TV***

TRO EX B|

Corp4v8: Biographies

Suggested Quote:
Courage is the price which life exacts for granting peace.
Amelia Earhart

At the turn of the 20th Century, three inventors, Elmer A. Sperry and his sons, Elmer, Jr. and Lawrence "Gyro" Sperry, engaged in a discussion that went something like this: What would be the advantage of mastering the technology of flight, if one couldn't fly with an autopilot in minimal visibility?  [Photo Essay 1: Lawrence & Elmer Sperry]

At the turn of the 21st Century, their great-granddaughter and niece, Sheila Mannix, is engaging in a similar discussion that goes something like this:  What's the advantage of our world moving with increasing speed toward the many developing lanes of the Information Superhighway, when without the clearest of visions, we risk driving ourselves toward only further gridlock in human relations and the ongoing destruction of ourselves, each other and our world?

Dr. Mannix is a neuroscientist and clinical psychologist with life experience in business, politics, religion and flying.  She completed her undergraduate studies at Stanford University with a B.A. in Psychology including experience as a neuroscience lab assistant and paraprofessional experience with uniquely abled children.  The University of Illinois at Chicago offered her the latitude to continue her integrative studies.  At the Circle Campus, she completed her coursework and clinical tracks with a biopsychosocial orientation.  Concurrently, she completed her masters and doctoral research at the Department of Physiology & Biophysics on the UIC Medical School Campus funded by a US Dept of Health & Human Services, Alcoholism & Drug Abuse Research and Training Grant.  She has minor publications in European Journal of Pharmacology and Alcoholism: Clinical and Experimental Research.  She completed her Clinical Internship at the VA Medical Center, North Chicago, IL.  Since 1989, Dr. Mannix has been in private clinical practice with some assessment & referral experience with Employee Assistance Programs and minor teaching experience.

During the 1990s, her more than 10 years experience in clinical practice have enabled Dr. Mannix to observe first-hand the psychological needs of a broad spectrum of clients, as well as the ways in which these needs are not only failed but are arbitrarily created by existing social institutions.  This experience as a clinician weighs strongly in the development of Dr. Mannix's comprehensive vision of individual and global healing, which is at the heart of the Gyro Media LLC mission.  Utilizing valuable multidisciplinary consultation and conversation with scholars and executives from leading educational institutions, corporations, and foundations, Dr. Mannix synthesized and refined the vision, architecture and engineering of Gyro Media.  She developed the foundational thesis for its product lines outlined in the book proposal, *The Simplest Reason: Original Psychic Injury and the Healing of Humanity*, which she used to begin attracting Gyro Media's Content Providers.  Concurrently, she designed the Sperry Mannix Blueprint, a four-point, hybrid business model for its strategic development and



implementation, and established the for-profit and non-profit financial vehicles, Sperry Mannix Corporation and In All Our Best Interest, respectively. [Sperry Mannix Blueprint]

Feedback has been obtained from a number of pilot projects. In 1996, Dr. Mannix co-produced and hosted a 13-week, live talk radio program, *It's a Matter of Life and Health.* In 1998, a presentation/roundtable discussion was held at Harvard's Kennedy School of Government to receive peer review of the thesis and obtain feedback on the application of two *Tools for 2k* analytic lenses while viewing the 38-minute demo video, *A Call to Action, A Call to Love.* The 60-second, demo public service announcement, *Moments in America for Children,* was completed in 1999, and local social activism projects have all generated feedback for the refinement of the vision.

Most importantly, Dr. Mannix was blessed with two priceless treasures, Kevin Mannix (11) and Brian Sperry (8), whose transformational impact on her life was the catalyst for the development of a viable alternative to the military-industrial complex – the *Sperry Mannix Blueprint*, a 'peace-media' complex prototype.

She described her process: "I would watch the evening news about the heinous horror in children's lives and the stupidity of the adults responsible for it, who didn't come out of the womb that way. Then I would go to my sons' safe, warm, clean room and nurse them back to sleep. In the darkness, the lack of integrity in my life and humanity was overwhelming to me. I think in interactive 3-D gestalts. Everything operationally interconnects in praxes, otherwise it loses all meaning in my way of thinking, of knowing. I've come to understand myself as a 'human engineer' who knows when a social system has structural integrity by the feeling of it and how it looks to my mind's eye. As I held my babies in my arms, it became crystal clear to me that my love for my sons was a *farce* unless I actively loved all of humanity. Verily, we are all one in the same – the oppressed and the oppressors – who, each and every one, come out of the womb as the purest form of interdependent potential power in existence. I could not deny to myself that holding any baby would provoke the same depth of knowing and feeling, of humanity. To deny it would be to lessen my depth of connection to my own child – a level of human connection that I had never experienced before. From my education and life experience, I knew that all the intellectual tools I needed were at hand. I was a trained research scientist and clinician. I knew how to do a thorough assessment, conceptualization & multi-factored treatment plan of action. I was determined that I just needed to be ingenious & loving enough to figure it out. The answers were to be found in the nature of the divinely human design. I would often say to myself, "We have the technology. We can rebuild her. Trust your instruments." And then it became clear to me what was the operative factor. Courage. And it was my choice.

<u>Bottom line</u>: It just doesn't make any sense to me to prostitute my integrity to the incapacities of those in need of the courage and intelligence of Love who were merely done unto before me. Children must no longer be marginalized by the personal and social incapacities of limited adults, only to become limited, marginalizing adults themselves. It is not holy, noble or honorable to unwittingly enable others' psychosocial



low functioning at the expense of us all. It is merely evidence of one's own marginalization. I am convinced that the 'strength to love' is found within the design. My ultimate goal is to use our awesome communication technologies to create a global education and social activism resource to help 'our humanity catch up with our technology' and create a sustainable future for our species & earth with our technology in its appropriate role as an integral subset of our true humanity. A multi-layered, global, psychotherapeutic intervention for this crazy, mixed-up world. I'd like to be considered as an anonymous member of the multidisciplinary navigation team. Failure is not a viable option."


Photo Essay 1: Lawrence & Elmer Sperry
Photo Essay 2: Structural Integrity
Zula Sperry: Wife and Mother of Inventors
Elmer Sperry on the Spirit of Invention and Courage
Elmer Sperry Meets Helen Keller
Sperry Mannix Blueprint
Harvard Meeting Agenda
Harvard Meeting Attendees
Radio Show Materials

TRO EX B

## STATE OF ILLINOIS
### IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
### LAKE COUNTY

| | | |
|---|---|---|
| SHEILA A. MANNIX, on her own behalf | ) | Lake County Case No. 07 OP 1512 |
| and on behalf of KEVIN M. SHEETZ and | ) | Independent |
| BRIAN S. SHEETZ, Minors | ) | |
| Petitioners, | ) | The Hon. David Hall |
| v. | ) | Presiding over SOJ for Cause |
| | ) | |
| DANIEL P. SHEETZ, SR. | ) | Honorable Jane D. Waller |
| Respondent. | ) | Presiding Judge |

**FILED FEB 21 2008**
**CIRCUIT CLERK**

### <u>SUBPOENA FOR DOCUMENTS ONLY</u>

**TO:**   **Jonathan C. Gamze, MD, PC**
**3800 N. Wilke Rd., Suite 160**
**Arlington Heights, IL 60004**

**YOU ARE COMMANDED** to mail the following documents in your possession or control to
SHEILA A. MANNIX at 1118 RFD, Long Grove, Illinois 60047 five days before the next court
date in the above-captioned matter which is scheduled for March 12, 2008 or on or before
<u>March 7, 2008</u>.

<u>Any and all documentation</u> of the $6,000.00 and/or any other amount you received from
any and all sources, including the Petitioners' mother/grandmother who resides in
Connecticut or any other family member(s) of the Petitioners who reside out of the State of
Illinois, for the report you created and sent to the late Cook County Circuit Court
Associate Judge James G. Donegan on January 20, 2007 and was released by Attorney
David J. Wessel on February 2, 2007 in Cook County Case No. 93 D 2984, which you called
Re: Former Marriage of Sheetz. Said report diagnosed the minor teenagers as allegedly
psychotic on Page 47 and recommended "prolonged incarceration for the mother" on Page
50.

**YOUR FAILURE TO PRODUCE IN RESPONSE TO THIS SUBPOENA WILL
SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**

FEB 21 2008
Witness ........................2008
......................................
Clerk of Court

SHEILA A. MANNIX
1118 RFD
Long Grove, Illinois 60047
(847) 971-6679

TRO EX C

1

## CERTIFICATION OF SERVICE

I served this subpoena for documents by certified US Mail to Jonathan Gamze, MD at the above address on this 21st day of February, 2008. I included $8.00 for copying and mailing costs.

_____
**SHEILA A. MANNIX**

**SUBSCRIBED AND SWORN TO**
before me on this 21st day of February 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
BARBARA J. NOSTER
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 07/30/2008

2

TRO EX C

## Jonathan C. Gamze, M.D., P.C.
3800 N. Wilke Road, Suite 160
Arlington Heights, IL 60004
(847) 686-5858

Adult, Adolescent and Forensic Psychiatry

Diplomate
American Board of Psychiatry and Neurology

February 25, 2008

Dr. Sheila A. Mannix, Ph.D.
1118 RFD
Long Grove, Illinois 60047

Dear Dr. Mannix:

As you requested, I am providing the following information to you.

I received check #12562 on May 2, 2006 from John F. Mannix, for $6000.00 and check #13797 from Helen S. Mannix on February 12, 2007 for $9675.00.

Sincerely,

Jonathan C. Gamze, M.D.

cc: Mr. David Wessel, Attorney At Law.

TRO EX C

Jonathan C. Gamze, M.D., P.C
3800 N. Wilke Road, Suite 160
Arlington Heights, IL 60004

60047350

Dr. Sheila Mannix
1119 RFD
Long Grove, I 60047



[TRO EX C]

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY

| | | |
|---|---|---|
| SHEILA A. MANNIX, on her own behalf | ) | Lake County Case No. 07 OP 1512 |
| and on behalf of KEVIN M. SHEETZ and | ) | Independent |
| BRIAN S. SHEETZ, Minors | ) | |
| Petitioners, | ) | |
| | ) | Hon. David M. Hall |
| v. | ) | Presiding over SOJ for Cause (Waller) |
| | ) | |
| DANIEL P. SHEETZ, SR. | ) | Hon. Jane D. Waller |
| Respondent. | ) | Presiding Judge |

## NOTICE OF FILING/PROOF OF SERVICE

TO:

State's Attorney Michael Waller &
Chief Deputy State's Attorney Margaret Marcouiller
18 North County Street, 3rd Floor
Waukegan, Illinois 60085

Charisse Bruno and Mitchell F. Asher
157 N. Brockway
Palatine, IL 60067

Please take notice that on February 21, 2008, I filed the attached subpoena for documents with the Clerk of the Circuit Court of Lake County at the Lake County Courthouse located at 18 N. County Street, Waukegan, Illinois, 60085.

*SHEILA A. MANNIX*

## CERTIFICATION OF SERVICE

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Ill. Rev. Stat. Ch. 110, par. 1-109, that the above notice and attached document were hand-delivered and directed to the parties at the addresses set forth above on February 21, 2008.

SHEILA A. MANNIX
1118 RFD
Long Grove, Illinois 60047
(847) 971-6679

TRO EX C

Kevin
Sheetz

# Notes On Gamze Interview    pg 1

11/20/06

Individually:

First he made a strong point that he didn't
know the judge or Mr Wessel and that he
was neutral (not on dad's side, not on mom's side).
Told me why I was there (judge wanted to
have me evaluated, see how I was doing).
Asked about personal information (about my
hobbies, how school was going, my grades,
my friends).
Then questioned me about current visitation
and how I felt (to which I replied
that I wanted to be with my mom ~~most~~
because my dad frightens me physically and
emotionally; as well he doesn't listen to my
needs and forces me to go to school that
I don't want to, disregarding ~~the~~ the lack
of video and writing work that I do there).
The conversation remained on that topic for
a while before turning to why my mom
won't see him (Gamze). I told him I
had no idea, that she probably thought that
he was corrupt,
Dominating topic for rest of time was why ~~I~~
~~thought the~~ my mom thought the court
was corrupt.

[ TRO EX D ]

I responded that she probably thought the court is corrupt because (and I share this opinion) we would be still living with my mom if it wasn't corrupt and that I truly didn't know why she thought that (the court is corrupt).

He insisted on this question consistantly, disregarding any of my answers.

Later he brought up my previous therapists (Nicole Hoffman and Paul Goreki) and had me sign a waver stating that I allowed them to divulge information regarding my self to himself (Gamze).

We ended with a couple of quick questions which I have forgotten; except one regarding whether I knew that a friend Mario Peterson had said that my father was a liar. I did not know but I felt good for what Mario said.

A few closing remarks about what his (Gamze's) job was (tell the judge how we are) and we were done.

Brian entered then and he talked to us both.

TRO EX D

Kevin
Sheetz

# Notes On Gamze Interview    Pg 2

1/30/06

Brian & I together:

My memory of this meeting is somewhat
hazy but what I can remember is that
a majority of the time spent was on
why my mom thought the court was
corrupt and similar questions regarding her
thoughts/opinions/truths.
We did the best to answer difficult as it
was to know what our mom's thought
were, except that we for the extent of
our knowledge believed it to be true.
He (Gamze) also asked us if we wanted to
be or would mind being separated; we
answered that we of course want to stay
together.
After some closing statements our dad
was brought in.

TRO EX D

All three of us (dad, Brian + Kevin):

Gamze brought up the court's corruption again and mostly asked our dad's opinion. They both made a point in saying that just because the court's opinion differed from our mom's doesn't mean it's corrupt. My dad said that my mom had us taken away by not obeying a court order (calling the police when judge said not to). I mentioned that my dad broke court orders by repeatedly (over long periods of time) calling us while we were with our mom. With that in mind, I said that the court is corrupt because it allows him to break the rules but not my mom.

They (Gamze + my dad) subtly said that I was wrong and that just because my mom's opinion differed from that of the court's didn't mean that it was corrupt, etc, etc. I said the court takes into account opinions that are against us (my mom, brothers and myself) but not ~~the~~ ones for us. They dodged the question.

In closing, I stated I was worried because every time we were required to see an evaluator, it went against us.

TRO EX. D

KevlVtz
Sheet 2

# Notes On Gamze Interview                    Pg 3

11/18/06

Mr Gamze said to not worry, but that
he hasn't yet formed an opinion and
he will tell the judge what is best for us
(which he said the judge may or may not
take into account).

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

The reason for the creation of
these notes was to document
truthfully what went on in
Gamze's office in case
(as is wont) he lies to the
court or says some thing
(untruthfully) against us.

I have sent this to you
Mr Kaiser and my mom
  because you two can help
us (me + Brian) most. Thank You.

TRO EX D

Kevin Sheedz
141 Chs Road
Barington, IL 60010

Sheila Mannix
1118 KFD
Long Grove, IL 60047

PALATINE IL 600
30 NOV 2006 PM 2 L



TRO EX D

LAW OFFICES OF
GLEN KAUFMAN
100 WEST MONROE STREET, SUITE 905
CHICAGO, ILLINOIS 60603
TELEPHONE (312) 346-7010
FAX (312) 630-3460

GLEN KAUFMAN

BERNARD KAUFMAN
(1921-1981)

VIA REGULAR MAIL

March 24, 2004

Dr. Jack L. Graller
211 Park Avenue
Glencoe, IL 60022

RE:  MANNIX (93 D 2984)

Dear Dr. Graller,

Please be advised that on March 11, 2004 a court order was entered by the Honorable Judge Raul Vega which provides in part that you are to provide counseling/therapy for Sheila Mannix. There is no time restraint with regard to the length or frequency of the therapy. That will be left to you and Ms. Mannix. Please note, that your sessions with Ms. Mannix are privileged. This privilege applies to all persons, including but not limited to David Wessel and Dr. Gail Grossman.

Please feel free to call me if you have any questions or if you require any additional information.

Sincerely yours,

Glen Kaufman
GK:jk

TRO EX E

LAW OFFICES OF
## GLEN KAUFMAN
OO WEST MONROE STREET, SUITE 905
CHICAGO, ILLINOIS 60603
TELEPHONE (312) 346-7010
FAX (312) 630-3480

GLEN KAUFMAN

BERNARD KAUFMAN
(1921-1981)

VIA REGULAR MAIL

November 14, 2004

Mr. David Wessel
205 W. Randolph Street
Suite 1630
Chicago, IL  60606

### RE:  MANNIX V. SHEETZ

Dear Mr. Wessel,

Please be advised that Dr. Graller has contacted me and has indicated that he has successfully terminated his sessions with Sheila Mannix. He has also indicated that Sheila was fully cooperative with the therapy.

Sincerely yours,

Glen Kaufman
GK:jk

TRd EX E

*Please Dr. Stir*

**Jack L. Graller, M.D.**
**211 Park Avenue**
**Glencoe, Illinois 60022**

9/2/04

**Tel. (312) 944-3464    Emerg. (312) 649-2588**
**Fax (847) 835-1264**

Dear Dr. Manwix

On March 11, 2004 your court order directed me to treat you; we have met regularly since 3/15/04. It also stated that the therapy content and records remain confidential. I accepted your case with the agreement that I not interrupt my practice to testify in Court.

You have co-operated fully since March. Since I see no indication of psychiatric illness, I am terminating the sessions with me as of 9/28/04

Sincerely

Jack L. Graller, MD

TRO EX E



**Lake County RECORDER OF DEEDS**

# CERTIFICATION

I, Mary Ellen Vanderventer, Recorder for the County of Lake, State of Illinois, do hereby certify this to be a true and correct copy of Document Number 6324306 recorded March 27, 2008 as it appears from the records and microfilm in my office. In witness hereof, I have hereunto set my hand and affixed the seal of my office.

DATE: March 27, 2008                     [Seal]

Mary Ellen Vanderventer
Lake County Recorder

by _Cristy Lee Weber_
Clerk, Recorder's Office

18 N County St – Second Floor
Waukegan, IL 60085-4358
(847) 377-2678
fax (847) 625-7200



**AFFIDAVIT**

**OF**

**SHEILA A. MANNIX**

Image# 043052340062 Type: AFD
Recorded: 03/27/2008 at 02:07:21 PM
Receipt#: 2008-00015820
Total Amt: $87.00 Page 1 of 62
IL Rental Housing Fund: $0.00
Lake County IL Recorder
Mary Ellen Vandervanter Recorder

File **6324306**

THE ABOVE SPACE FOR RECORDER'S USE ONLY

## AFFIDAVIT OF SHEILA A. MANNIX

I, Sheila A. Mannix, being first duly sworn, on oath, states as follows:

I am of legal age and competent. This affidavit is made on my personal knowledge of all matters set forth herein. If sworn and called as a witness in this matter, I could, and I would, testify competently as to each fact set forth herein.

2. Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure (735 ILCS 5/1-109), I certify that the statements set forth in this instrument are true and correct, except as to such matters herein stated to be on information and belief and as to such matters, I certify aforesaid that I verily believe the same to be true.

3. I certify that the exhibits attached to this instrument are true and correct copies of authentic documents.

4. I have created this instrument in support of my teenaged sons' and my **independent Lake County Petition for Order of Protection, Case No. 07 OP 1512,** and the "Verified Emergency Petition for Temporary Restraining Order and Preliminary Injunction" filed therein, which petition stated in pertinent part at Page 12, Paragraphs 41 and 42:

> "41. On June 19, 2006, IFCAA [Illinois Family Court Accountability Advocates, the lawful, volunteer, non-profit organization I co-founded with Karyn Mehringer] issued its first national press release through BusinessWire announcing that it had taken on the public corruption in the Circuit Court of Cook County.

> 42. In response to the national press release, IFCAA was connected to organized crime informants in Utah and Arizona who provided material evidence that indicated alleged involvement of multiple judges and attorneys in Chicago in an alleged national racketeering enterprise in the US judicial system partnered with territorialized organized crime families."



1

5  On October 9, 2007, before Lake County Head Family Court Judge Jane Waller, I presented Case No. 07 OP 1512, an *ex parte*, emergency **Verified Petition for Order of Protection** against my ex-husband, on behalf of my two teenaged sons [17 and 14] and myself. To date, said petition is unopposed and languishing in direct violation of statutory strictures and Supreme Court Rules which require expedited adjudication of petitions for order of protection and child custody matters. Said petition requested the following relief under 750 ILCS 60/214(b)(17): Remedies and Standards. Order for Injunctive Relief, "That Respondent be further ordered and enjoined as follows: (1) Stop all criminal acts against Petitioner and the teenaged minor children. (2) Stop all malicious prosecution in Cook County Case Known as: Cook Co. 93 D 2984, Lake Co. 05 OP 1348, Lake Co. 07 OP 143, Cook Co. 06 OP 2465 (formerly Lake Co. 06OP 97), Consolidated with: Cook Co.06 OP 3-0185, Cook Co. 07 OP 1949 (formerly Lake Co, 07 OP 30)."

6. After another verified attempt on November 13, 2007 by Cook County state court agents and those acting on their behalf to frame and falsely arrest me as an alleged "serious security threat," on December 5, 2007, in Lake County Case No. 07 OP 1512, I lawfully filed, served, and noticed a **Verified Emergency Petition for Temporary Restraining Order and Preliminary Injunction** seeking "the court to issue a temporary restraining order *instanter* and to schedule an evidentiary hearing for preliminary injunction against any further proceedings by the Respondent, Daniel P. Sheetz, Sr., in the Circuit Court of Cook County under Case No. 93 D 2984, et al," proceeding in direct violation of binding state and federal constitutional and statutory civil and criminal law as well as the Illinois Wrongs to Children Act and federal RICO law as defined by 18 USC § 1961. In direct violation of Local Rules, Judge Waller continued the emergency matter to January 2, 2008.

7  On December 21, 2007, Judge Waller denied my **Verified Emergency Motion for the Self-Disqualification of The Honorable Jane D. Waller** *Instanter*.

8. On January 2, 2008, Judge Waller sent my **Verified Motion for Substitution of Judge for Involvement, or, In the Alternative, Verified Motion for Substitution of Judge for Cause** to Chief Judge David M. Hall.

9  On March 12, 2008, at the conclusion of that day's proceedings in my sons' and my **independent Lake County Petition for Order of Protection case** regarding well-pled motions for his own and Judge Waller's mandatory self-disqualifications and a motion to vacate as void his orders of January 25, 2008, all of which he denied me leave to file with another void order, Chief Judge Hall handed out to the four attorneys who had stepped up before him, specifically, Assistant Attorney General Janet Fasano, Assistant State's Attorney Daniel Jasica, and my ex-husband's attorneys, Mitchell Asher, and Charisse Bruno, pre-prepared, stapled copies of the 19-page, unpublished opinion in Cook County Case No. 98 CH 11007, Mary Carr and Mario D'Agostino v Michael Lynch, et al., at which I testified about the public corruption in Chicago's family court. The proceeding was before ex-Judge Paddy McNamara and was regarding a motion to substitute Judge Alexander White for involvement and/or cause.

10. The First District Appellate Court opinion issued on February 27, 2008 in the Lynch case stated in pertinent part: "Although Mannix did not provide Lynch with any information

2



regarding Judge White, she **produced direct evidence** regarding several other judges' involvement in the bribery scheme." [Page 8, last paragraph; Emphasis added.]

1. Further, it is my opinion from witnessing all of the proceedings on October 13, 2006 even though I was called as a witness in the proceeding but ex-Judge McNamara did not have me leave the courtroom after Mr. Lynch's statement that I should, that the aforementioned Appellate Court opinion in Mr. Lynch's appeal being handled by reputable Criminal Attorney Thomas Durkin issued on February 27, 2008 that upheld the ruling of ex-Judge McNamara falsely incarcerating Mr. Lynch evidenced an established pattern of practice of public corruption replicated in courts nationally in which corrupt public officials cause the problem for which the litigant is then held illegally responsible on the trial, appellate, and supreme court levels.

12. Specifically, on October 13, 2006, ex-Judge McNamara denied Mr. Lynch's Emergency Motion for Continuance which would have enabled him to set the parameters of the hearing on his motion for substitution of judge for involvement and/or cause against Judge Alexander White, including protections for mob informants, and would have enabled him to bring in his out-of-state witnesses to substantiate his well-pled factual allegations. [PR 001 - PR 003] Then ex-Judge McNamara held Mr. Lynch in contempt for not substantiating his factual allegations as a result of her preventing him from doing so. At Page 6, Lines 5-7 of the certified Report of Proceedings, ex-Judge McNamara stated in pertinent part, **"Well, I think we should proceed today. These are suppose - - these are proceedings that are suppose to be conducted expeditiously."** Ex-Judge McNamara did not even enter an order documenting her denial of Mr. Lynch's motion for emergency relief to continue the proceedings so he could substantiate his factual allegations.

13. The aforementioned facts are especially disturbing because co-members of IFCAA have filed motions alleging that the Illinois statute for substitution of judge for cause under the Civil Practice Act, 735 ILCS 5/2-1001(a)(3)(iii), is unconstitutionally vague and contradictory. Specifically, it states **"(iii) Upon the filing of a petition for substitution of judge for cause, a hearing to determine whether the cause exists shall be conducted as soon as possible by a judge other than the judge named in the petition. The judge named in the petition need not testify but may submit an affidavit if the judge wishes."** As a result of this unconstitutionally vague and contradictory statute, dishonest judges who act in a manner prejudicial to the administration of justice engage in gross abuses of power and exploit litigants to cover-up for the prejudicial and bias acts of fellow judges which misconduct eclipses litigants' federally-protected, constitutionally-secured rights to a fair trial before an impartial judge.

14. For example, (A) in my Cook County Case No. 93 D 2984, et al, my SOJ for Cause against Judge Eileen Brewer was assigned to Judge R. Morgan Hamilton, over my objection, on September 18, 2007 and she continued it to **October 18, 2007**. (B) In IFCAA co-member, Rosemarie Broderick's Case No. 00 D 4868, on October 24, 2007, Judges Brewer and Shields and Head Family Court Judge Moshe Jacobius entered a total of five orders transferring and denying a **non-existent SOJ for Cause motion.** I repeat, three Cook County Family Court judges entered a total of five orders transferring and **denying an SOJ for Cause motion that was never written.** Further, (C) court records document that under no authority of law whatsoever, thereby rendering the proceedings void, judges in Lake and

TRO EX F

Cook Counties transfer self-disqualification motions that only the named judge can adjudicate himself or herself (as common sense would dictate) to other judges who deny the self-disqualification motions naming judges other than themselves. Specifically, for example, Cook County Judges Shields, Katz, Ruble-Murphy, Mathein and Jacobius have done this in IFCAA co-members' case in 2005 and 2007. Lake County Chief Judge Hall and Judges Starck, Winter, and Waller have done this in my Lake County cases in 2006, 2007, and 2008. In other instances, (D) judges named in well-pled SOJ for cause motions irrefutably detailing extra-judicial bias and prejudice refuse to transfer the motions to another judge in direct violation of statutory strictures, thereby rendering the proceedings void.

15. In my next proceeding before Chief Judge Hall in my sons' and my protective order case, on March 25, 2008, Chief Judge Hall denied me leave to file my **Verified Motion to Invoke Mandatory Duty to Report Federal Felony Crimes and Attorney Misconduct** and **Motion to Vacate as Void the Orders Chief Judge Hall Entered on March 12, 2008** with another void order. The former motion detailed direct evidence of federal felony criminal extortion over state lines and conspiracy to commit federal felony criminal extortion over state lines by two court-appointed Cook County state court agents, specifically, attorney David Wessel and Jonathan Gamze, MD, as well as detailed criminal perjury and subornation of perjury and conspiracy to commit criminal perjury and subornation of perjury by my ex-husband and his attorney, Anna Markley Bush.

16. Before the proceedings on the 25th, I formally requested an in chambers conference with bench and bar as follows:

> "If I might please formally request an in chambers conference to discuss off the record the ramifications of the 19-page unpublished First District Appellate Court opinion in the Cook County Case No. 98 CH 11007, Mary Carr and Mario D'Agostino v Michael Lynch, et al. that Chief Judge Hall distributed to everyone on March 12, 2008 and which opinion states in pertinent part, "Although Mannix did not provide Lynch with any information regarding Judge White, she **produced direct evidence** regarding several other judges' involvement in the bribery scheme," [Page 8, last paragraph; Emphasis added.]

> Specifically, I am respectfully requesting to show to and discuss with bench and bar some of the documents I received from organized crime family informants to whom I was networked after the release of the national press release on June 19, 2006 by the organization I co-founded, Illinois Family Court Accountability Advocates, about which I testified on October 13, 2006 in the aforementioned case that directly resulted in the above quote from the aforementioned opinion."

17. Before the bench, I directly implored Chief Judge Hall to share the burden with me, but he refused my aforementioned request for an in chambers conference which was distributed to all involved parties except Judge Waller who was reportedly attending a funeral on March 25, 2008 and was not on the bench that day. [PR 004].

18. I am of information and belief that, under binding constitutional and statutory civil and criminal laws and under controlling higher court opinions, Chief Judge Hall and Presiding Judge Waller have lost authority and jurisdiction to enter orders in Case No. 07 OP 1512.

4



19. I have attached hereto for entry into the public record of Lake County a few of the documents I received from organized crime family informant, "Informant X," which, in part, formed the basis of my testimony about which the First District Appellate court made the aforementioned finding, "she produced direct evidence regarding several other judges' involvement in the bribery scheme."

20. I am of information and belief that I have been unable to find a state or federal trial, appellate, or supreme court judge to uphold my teenaged sons' and my constitutional and civil rights and liberty interests as well as enforce binding state and federal civil and criminal laws in my family's post-divorce case and protection order cases because of the apparent involvement of multiple Circuit Court of Cook County judges in an interstate organized crime family enterprise involving the Sucato Family and the Maricopa County Recorder's Office in Arizona about which I testified under oath on October 13, 2006 in the Cook County Case No. 98 CH 11007, Mary Carr and Mario D'Agostino v Michael Lynch, et al.

21 I am of information and belief that the copies of the documents that are attached hereto that I received from "Informant X" indicate the involvement of the named judges, solely and in conspiracy with other state court agents, in illegal acts within and across state lines.

22. Further, I am of information and belief that the extreme retaliation against my sons and me by the named judges supports the finding of the First District Appellate Court, namely, "she produced direct evidence regarding several other judges' involvement in the bribery scheme," such that the retaliation against my sons and me meets the elements of violations of the Illinois Criminal Code of 1961, Article 32: Interference with Judicial Procedure, Section 32-41: Harassment of Witnesses and meets the elements of violations of the federal statutes, 18 USC § 1512: Tampering with a Victim, Witness, or an Informant, and 18 USC § 1513: Retaliating Against a Victim, Witness, or an Informant in pending or potential proceedings.

23. I have attached pages 73 to 75 of the certified Report of Proceedings of the end of my testimony in the aforementioned D'Agostino v. Lynch case to put into the public record the fact that my IFCAA co-member, Michael Lynch, and myself do not believe that all judges are corrupt. However, we have been blessed with the burden of service to our fellow Americans and are obligated to uphold our civil and moral duty to expose the irrefutable evidence that some judges are corrupt and these judges are a "clear and present danger to the administration of justice," especially in cases involving the nation's children. [PR 005 – PR 008]

24. I restate and reaffirm the statements I made at the national Family Preservation Day rally on August 18, 2007 at the foot of the Lincoln Memorial in our nation's capital:

> And most important to my presentation today, we were networked with organized crime family informants.
>
> Please understand that IFCAA members did not ask to become aware of organized crime informants.
>
> We did not ask for this cross to bear and become moms and dads against the mob. But we will shoulder this burden with honor and integrity on behalf of the suffering children of our nation and on behalf of our law enforcement officials, soldiers and veterans.

5



People say that we are crazy.

My response is that if you think that our belief in justice and our great US Constitution is crazy then you have made a statement about yourself, not me and my co-members of IFCAA.

People ask me if I am afraid.

And I respond, of course I am afraid, I'm not crazy!

But I am more afraid of waking up one day and looking in the mirror to see a woman who has sold her soul to this fear. And in the face of this fear, I just have to think of our suffering children and our suffering soldiers and veterans who are alone in the dark of night - wounded, abused, or wondering if their protective mom or dad or their country has abandoned them. And when I think of them, I am filled with indomitable courage to stand up to my moral and civil duty to them.

ask you to stand up with me and my IFCAA co-members.

25. Attached hereto are some of the documents I have received from "Informant X" that I am of information and belief are "linked" to the state court agents named herein:

    a.   The table of contents and section summary pages of an over 90-page "book" of documents "linked" with Associate Judge Karen G. Shields. [PR 009 – PR 022]

    b.   The **Second Affidavit of Karyn Mehringer In Support of Her Emergency Motion for Leave to File *Instanter* the Attached Emergency Motion for Judicial Admission or Denial by Judge Karen G. Shields Regarding Knowledge of and/or Participation in Alleged Criminal Acts Within and Across State Lines by Judges in the Circuit Court of Cook County, Illinois, and Other Relief *Instanter*,** which is a Court Watch witness affidavit of the proceedings in my case before the late Judge Donegan on August 16, 2006 at which three Private Investigators were present as well as IFCAA co-member, Michael Lynch, as a material witness to give testimony for my emergency "judicial admission or denial motion" directed to Judge Donegan and, further, attached pages 1, 2, 3, 29, and 30 from the organized crime informant's "book" on Judge Shields and my Affidavit of Service to Ms. Mehringer's ex-husband on August 15, 2006. I gave Judge Shields her Courtesy Copy of Ms. Mehringer's emergency pleading on August 15, 2006 as well. Ms. Mehringer's emergency pleading was lawfully filed, served and noticed for presentation on August 17, 2006. On August 17, 2006, Ms. Mehringer was prevented from entering Judge Shields' courtroom by Deputy Louie Sanchez who gave Ms. Mehringer the denial order entered by Judge Shields in the court hallway. Please note that one of the two Cook County Sheriff's Police Detectives who criminally harassed and intimidated Ms. Mehringer at her home later that evening of August 17, 2006 showed up at my last proceeding before Judge Donegan on February 23, 2007. He refused to give me his name and/or card. [CCSPD Jason Moran #952] The following week, Judge Donegan was found dead at the bottom of his basement stairs with a "severely broken neck." [PR 023 – PR 031]



A summary page of "links" and documents from the Maricopa County Recorder's Office "linked" with the late Associate Judge James G. Donegan. [PR 032 – PR 034]

d. The documents associated with Judge Eileen M. Brewer [PR 035 – PR 036] and court-appointed attorney David Wessel ("linked" with other state court agents) [PR 037 – PR 044] that I entered into the record of the First District Appellate Court Case No. 1-07-1520 on August 3, 2007. Additionally, I have attached hereto Exhibit H of said filing which was the March 26, 2007 national press release of my letter to US Senator Patrick Leahy, Chairman of the Senate Judiciary Committee with a summary of the exhibits submitted in the large three-ringer binder of documents I sent Senator Leahy on or about January 18, 2007 [PR 045 – PR 047] Note that the aforementioned appellate court filing included the entirety of the documents sent to Senator Leahy designated by Exhibit G: G1 through G17 which coincide with the documents attached below for ex-Judges Disko (G3), McNamara (G5) and Henry (G17), all of whom left the bench between October 2006 and December 2006.

e. A document "linked" with retired Judge James Henry who immediately recused from my younger son's Cook County habeas corpus action on August 24, 2006 when the document was attached to a pleading which asked Judge Henry for a judicial admission or denial regarding knowledge of and/or participation in alleged criminal acts within and across state lines by judges in the Circuit Court of Cook County, Illinois. Judge Henry did not run for re-election in November 2006 [PR 048]

f. A document "linked" to retired Judge Barbara Disko which was attached to IFCAA co-member, Michael Lynch's pleading in his case before Judge Disko, which asked her for a judicial admission or denial regarding knowledge of and/or participation in alleged criminal acts within and across state lines by judges in the Circuit Court of Cook County, Illinois. Said pleading was lawfully filed, served, and noticed for presentation on October 19, 2006. On said day, Judge Disko announced her retirement effective December 1, 2006. [PR 049]

g. A document "linked" to ex-judge Paddy McNamara's husband, Barry T., which was put on the witness bench while on I was the stand in the aforementioned D'Agostino v. Lynch case on October 13, 2006. I am of information and belief that Judge McNamara quit the bench within weeks of said date after falsely incarcerating IFCAA co-member, Michael Lynch, for alleged direct criminal contempt of court. [PR 050]

h. Introductory pages and a table of contents of a "book" "linking" Arizona and Utah. [PR 051 – PR 054]

26. I swear before Almighty God that I have never been and will never be an unlawful threat to anyone. However, by the Grace of God and the Power of Love, and with strength and honor, I pray that in the face of the devastating suffering of my own children and the undeniable retaliation against me as a victim, witness, and informant of irrefutable public corruption



resulting in irreparable damage to my health and my reputation and career and my unlawful defamation, criminalization, and impoverishment that I may continue to be given the courage to obey my moral and civil duty as a resident of the State of Illinois, as a citizen of the United States of America, and as a loving, caring human being so that I may continue be a lawful threat to corrupt public officials, who are literally selling children's flesh to the highest bidder through our nation's family courts, by utilizing the many blessings God has bestowed upon me on behalf of disenfranchised children.

27. Further sayeth naught.

*Sheila A. Mannix*

SUBSCRIBED and SWORN to before me on this 27th day of March, 2008.

*Elizabeth S. Miller*
NOTARY PUBLIC

> OFFICIAL SEAL
> **ELIZABETH S. MILLER**
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 4-13-2008

**Prepared by/Send to:** Sheila Mannix, 1118 RFD, Long Grove, IL 60047

8

TRO EX F

MASTER

**MICHAEL W. LYNCH**
35 Rue Foret
Lake Forest, IL 60045
**(312) 480-6920**

..................................................................

## FACSIMILE COVER SHEET

TO:     Judge Dooling (312) 603 - 4706 318
        Judge Maddux (312) 603-6622  2:55+
        US Attorney Fitzgerald (312) 353-4324  302
        FBI Chicago Director Grant (312) 829-5172  304
        Michael Braun (312) 565-8300  306
        Murphy & Hourihan (312) 606-8765  310
        David Liebowitz (847) 249-9180  312
        Kulnis and Walsh (312) 580-1839  315
        Smith and Cave (312) 602-7440 5050  3:30
        World Bank (312) 222-0818  4:41  — ok

FROM:   Michael Lynch

DATE:   October 12, 2006

RE: Case No: 98 CH 11007 D'Agostino v. Lynch, et al.

TITLE OF DOCUMENT:

**EMERGENCY COURTESY COMMUNICATION VIA FACSIMILE**
**Notice of Emergency Motions for Friday, October 13, 2006 at 8:30 a.m.**

NUMBER OF PAGES (INCLUDING COVER SHEET): THREE (3) PAGES

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE NOTIFY SENDER AS SOON
AS POSSIBLE.

PR001

MICHAEL W. LYNCH
35 Rue Foret
Lake Forest, IL 60045

October 12, 2006

(312) 480-9620

## EMERGENCY COURTESY COMMUNICATION VIA FACSIMILE

The Honorable Deborah Mary Dooling
Law Division
Circuit Court of Cook County
2609 Richard J. Daley Center
50 W. Washington Street
Chicago, Illinois 60602

Re: Notice of Emergency Motions for Friday, October 13, 2006 at 8:30 a.m.

Case No: 98 CH 11007 D'Agostino v. Lynch, et al.

Matter before the Court: "**Second Request for Self-Disqualification of Judge Alexander P. White *Instanter*, or, in the alternative, Verified Two-Count Motion for Substitution of Judge for Involvement and/or Cause**" transferred October 11, 2006

Dear Judge Dooling,

Please be advised that I will be serving in open court tomorrow morning at 8:30 a.m. two emergency motions as follows:

- Emergency Request for Self-Disqualification of Judge Deborah Mary Dooling, or, in the Alternative, Emergency Motion for Substitution of Judge for Involvement and/or Cause

- Emergency Motion for Continuance of Hearing on Defendant Michael Lynch's "Second Request for Self-Disqualification of Judge Alexander P. White *Instanter*, or, in the alternative, Verified Two-Count Motion for Substitution of Judge for Involvement and/or Cause" and Other Relief

The former motion is warranted in law and in fact and is an emergency based, in part, on your statement, in effect, that you don't care that my witnesses' lives will be put at risk if the proceedings are not kept from public record due to the alleged organized crime involvement in the underlying cause of action. Further, that you stated that you have a four-week trial so I may not be afforded my constitutionally-secured due process right to reasonably respond and be meaningfully heard such that your apparent pre-judgment will result in the further deprivation of my constitutionally-secured property rights under the color of law and myself and my family, who are witnesses to current

PR 002

and/or potential civil and criminal proceedings, will be further irreparably harmed, tampered with, intimidated, and retaliated against in violation of federal law.

The latter emergency motion for a continuance of the hearing you stated yesterday would take place tomorrow morning between 8:30 a.m. to 9:15 a.m., which motion is warranted in law and in fact, will seek the following relief:

- That the hearing be continued to a reasonable date such that my out-of-state material witnesses can appear.
- That the hearing be in camera and that the record of proceedings be impounded.
- That other parties be required to file a written response to my three-count motion under oath, or in the alternative, be barred from the presentation of any evidence at the hearing or any case law that I will not be afforded the opportunity to research and submit a written reply.

Your Honor, my three-count motion is based on allegations of substance. The matters alleged are very serious rising to the level of judicial retaliation, malicious deprivation of constitutional rights, and criminal acts including bribery. I have occurrence witnesses with hard evidence. I am of information and belief that binding law warrants that the proceeding be formalized and the parameters fixed.

Respectfully Submitted,

Michael W. Lynch

CC:    Service List
       Presiding Judge Maddux
       U.S. Attorney Patrick Fitzgerald
       FBI Director-Chicago Division Robert Grant

PR003

Date: Tuesday, March 25, 2008

To:    Chief Judge David Hall
       The Hon. Jane Waller
       Assistant Attorney General Janet Fasano
       Assistant State's Attorney Daniel Jasica
       Attorney Mitchell Asher
       Attorney Charisse Bruno

*Case No. 07 OP 1512*

From: Petitioner Sheila Mannix

Re: Formal Request for In Chambers Conference

To The Court and Counsels:

    If I might please formally request an in chambers conference to discuss off the record the ramifications of the 19-page unpublished First District Appellate Court opinion in the Cook County Case No. 98 CH 11007, Mary Carr and Mario D'Agostino v Michael Lynch, et al. that Chief Judge Hall distributed to everyone on March 12, 2008 and which opinion states in pertinent part, "Although Mannix did not provide Lynch with any information regarding Judge White, she **produced direct evidence** regarding several other judges' involvement in the bribery scheme," [Page 8, last paragraph; Emphasis added.]

    Specifically, I am respectfully requesting to show to and discuss with bench and bar some of the documents I received from organized crime family informants to whom I was networked after the release of the national press release on June 19, 2006 by the organization I co-founded, Illinois Family Court Accountability Advocates, about which I testified on October 13, 2006 in the aforementioned case that directly resulted in the above quote from the aforementioned opinion.

Respectfully Submitted,

Sheila A. Mannix, PhD

*PR004*

STATE OF ILLINOIS    )
                     )  SS:  **ORIGINAL**
COUNTY OF COOK       )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

MARY CARR D'AGOSTINO and MARIO    )
D'AGOSTINO,                       )
                                  )
            Plaintiffs,           )
                                  )  No. 98 CH 11007
      vs.                         )
                                  )
MICHAEL LYNCH, et al.,            )
                                  )
            Defendants.           )

REPORT OF PROCEEDINGS at the hearing of
the above-entitled cause before the Honorable
PADDY H. McNAMARA, Judge of the said court on October
13th, 2006, at 2:00 p.m.



**Nina Dudziak Court Reporters, Ltd.**

Chicago: (312) 701-1707
Waukegan: (847) 406-3200

PR 005

73

1    yes?

2        A.    (Nodding.)

3        Q.    So isn't it typical when you go in front of

4    a group like Mr. D'Agostino or a judge, we do a

5    research with our group, yes?

6        A.    We've researched everyone that we come in

7    touch with, some come up clean, some don't.  For

8    example, when I -- my habeas action for my son who

9    was being held with a pretended order entered by

10   Judge Donegan in their jurisdiction.

11            And no judge I'd come up against yet

12   is willing to act like a judge, frankly.  Everyone I

13   come up against acts like an opposing counsel --

14   actually, acts like Judge Donegan's counsel.

15       Q.    But the point is this:  You've seen --

16       A.    Oh, we run them through the system.

17       Q.    You've seen Omega Trust, and you've seen

18   Anchor Trust, and you've seen the judge's

19   participation in it from White, et cetera, et cetera.

20   Okay.

21            So the same source is providing us

22   information and the other members of the team

23   including the FBI and the U. S. Attorney's office

24   that's now viewed as credible, also provided this

PR 006

74

1    (indicating).

2        A.    I'm blind without my glasses.

3        Q.    Crown Ambassador Enterprises, right?

4    That's a pure trust in Arizona.   And how did you find

5    this?  Again, it's not an accusation, but how did we

6    find that trust?

7        A.    Well, specific things were entered.

8        Q.    Yes.  Whose name was entered?

9        A.    Actually, I was getting lunch.  I don't

10   know if you entered -- I know that you entered

11   McNamara, I believe.

12       Q.    Yes, which is our standard proceeding.  And

13   we've done this and found that there are honest

14   judges that aren't part of it.  And we've identified

15   those.  And there are dishonest judges, right?

16              But, this ties to Barry T. (Phonetic).

17   All right.  I didn't know who Barry T. is, do you?

18   It was explained --

19       A.    I think before we ran it through our

20   system.

21       Q.    Yes.  Now, my understanding of Barry T. Was

22   he an attorney of Dan -- with Seyfarth Shaw, which is

23   my law firm.  He was part of the malpractice case --

24   was acquired, yes.

PR007

75

And so this is a trust. An illusion
2   of this trust is the judge in front of us has a
3   relationship with Barry T, but we haven't proved that
4   up, yet. This could be making fun of an honest
5   judge, yes?
6       A.    Yes, you know, because you know how they --
7   you know, I'm sure you're aware, and you have books
8   on the matter that revealed that you can send people
9   down wild goose chases. And you create fraudulent
10  documents, some of them just to launder the money and
11  some of them to send people off.
12      Q.    To label them as crazy. Just like they did
13  with Dan Moldea, who's written seven books on
14  organized crime, who's identified a Chicago family
15  named Gus Paloian.
16              The two authors who are writing my
17  story -- Lynch v. Alcoa -- identified certain judges
18  and certain members of organized crime. So they use
19  his name to make fun of him and hide moneys and put
20  the trails --
21      A.    Yes, I think the main issue is that we're
22  working and cooperating fully as is our
23  responsibility and duty as citizens in this country,
24      THE COURT:  I don't think you have anything

PR008

**EXHIBITS**                          **DISCOVERY**

Sections:  1 - 8

    **Patel - Properties - Shield**

| | |
|---|---|
| pages 1 - 2 | Jay Patel |
| pages 3 | FTC vs. Patel / Accusearch |
| pages 4 - 6 | Accusearch / Vernon |
| pages 7 - 9 | Vernon / Ray / Out of the Ashes |
| pages 10 - 11 | Vernon / Young |
| pages 12 - 16 | Young Ray / Crim John Michael / Enregle |
| pages 17 | Crim John / Kawcak |
| pages 18 - 19 | Kawcak / Shield Asset Fund |

**2.**    **Pure Trust**

| | |
|---|---|
| pages 20 - 29 | Shield / Linking Pure Trusts |

**3.**    **Shield, Karen**

| | |
|---|---|
| pages 30 - 37 | Shield / Shields / Assessor |

**4.**    **Shield - Maricopa County Assessor**

| | |
|---|---|
| pages 38 - 51 | 2712 S Yucca / 2712 E Yucca |

**5.**    **Linking**

| | |
|---|---|
| pages 52 - 61 | Judge Nanette M Warner |
| pages 62 | Kathleen Shield / Charles E Warner |
| pages 63 | Charlie Warner AZ / Charlie E Warner IL |
| pages 64 - 65 | Charlie E Warner / Lamb IL |
| pages 66 - 67 | Lamb AZ / Sucato |
| pages 68 | Sucato / Lake |

**6.**    **Type-o's - Arpaio, Maricopa County Sheriff**

| | |
|---|---|
| pages 69 | Arpaioi |
| pages 70 | Arpaio / Rocco / Vicki Rae |
| pages 71 | Arpaio / Blevins |
| pages 72 - 73 | Arpaio / Vicki / Rocco / POA |
| pages 74 | Richard Neville / Stptember |
| pages 75 | Ava Arpaio / No Rec Date / No Rec Num |
| pages 76 -77 | Arpaio "Jeseph" / Arpaio "Joseh" / Carroll |
| pages 78 | Carroll POA Dale |

**7.**    **Altered Documents**

| | |
|---|---|
| pages 79 - 80 | Filed twice different order / same rec num |

**8.**    **Altered Court Cases / Altered Names**

| | |
|---|---|
| pages 81 | No Names |

PR 009

9. **Maricopa County Recorder – Names Altered**
   pages 82 - 85                                  Akpabio/Campbell – Akpabio/Zarbo


10. **Maricopa County Recorder – Names Added**
    pages 86 - 87                                Deed Trust – No Name / Stradling added

11. **Fictitious Lawsuit**
    pages 88 - 89                                Elden Moore vs. Nancy Palmer
                                                 There is NO Nancy Palmer

PROIO

*Sec 1*

"People" can be created by co-mingling names together.
This is an example using names in Arizona. This can be done using names in any State.

Joe Alan Lake married Agnes Jean Sucato
Agnes Sucato was formerly married to Bill Fox.

Randy D Lang works as an attorney for John and Ed Sucato.
John and Ed are brothers to Agnes.

   *Lang is not licensed but is working in AZ as an attorney.
Lang has also pretended to be an undercover FBI agent and a Nurse.
Alias:  Patrick, Bryce Stephens, Big Abe, Randy Canaday, El Haj, Randi Lang.
Known States he has worked in:  California, Utah, Chicago,  AZ.
Lang works with a group called East Valley group: AKA - E-Group
Known members live in AZ, California, Chicago, Kansas, Nevada, New York, Utah

Going back to the co-mingling of names.  Joe Lake would be filed in a document that
would read - FoxLange.
Fox would be the former name of Lake's first-wife.
Lange would be "Lang" the attorney who represents the Sucato's.
By co-mingling names of family members, or business associates, a new identity is
created and "linked" to the original name, Sucato.
Sucato name would be buried in paperwork and FoxLange is not a real person.
FoxLange then would filed and listed as an owner to a property therefore an asset is now
hidden.

Linking names with other States is another way to conceal an identity or asset.  This asset
is usually filed in a Pure Trust.
In doesn't matter how many times a name is linked, the trail must always come back to
the original Seven who helped originate the E-Group.  They run their Group like the LDS
Church.  The members must pay a fee (a tithing) to a pool.  This pool is a collection of all
monies collected.  The members may draw from the pool.
The group are Sovereigns so they only hold allegiance to the ones who started the Group.

The documents begin with a misspelled word or name that appears to be a typing error.
This to conceal the true identity of the real person and/or their State.

Example:  The name Shields would be filed as **SHIELD.**

*PR011*

Properties are being sold for thousands of dollars and being shown as a lesser value in the Maricopa County Assessor.

      Example:  Jay Patel is listed as owner.
      The cash value in 2006 is $36, 949
      The cash value in 2007 is $1
      The sales price in 2005 is $260,000.00

As one can clearly see, the price of the property does not match the sales price, therefore taxes are paid on the cash value not the sales price.

NOTE:  Jay Patel is a Defendant in court case filed by the Federal Trade Commission
      Jay Patel is founder of Accusearch DBA Abika
      Accusearch had a name change from Tiger's Eye Inc.

In Arizona Corporation Commission Accusearch's Director is Ronald W Vernon
NOTE:  Ronald W Vernon has a partnership, Out of the Ashes,
      with Raymond C and Teresa K

Out of the Ashes has an undeliverable address which means, according to the code,  one would have to "link" the names.
      The name **Vernon**  would have to link with the name Raymond.
*This is so the trail can get back to the original pool and original name of who and what assets are being concealed.

Change Edge Consulting:  Manager is Albert **Vernon** Young.
*The next step is to link **Young** to Raymond.

Deed is filed #92-0084563 with Young Ray A. and a Crim John Michael
*Note the Young is linked to Ray and the letter "A" is linked to the name Albert.
This deed is a Pure trust:  Engregle Management Holdings

Enregle Asset Holdings files a Deed with Perry Victor, Duke Stevens E,  Bailey Donald, Barajas J J, Herman M J Jr.
* Every name is linked to another name to help hide assets.

Enregle Marketing services is now filed with Crim john and Kawcak Terry J
*Kawcak Terry J is filed with **Shield** Asset fund.

PR012

"LINKING"  "PURE TRUST"                    $\int ec$  2

To help stop identity theft, everyone should be made aware that their own name could be used in an elaborate scam that is going on right now to bilk the Government and steal from unsuspecting victims. Most of the people that are being used will not even know about it until they go and try to sell their home. By this time it is too late. By taking the name of a "real" person, numerous companies are formed. These companies will then be linked to a Pure Trust. Nobody owns a Pure Trust, however someone is always in "control" of the Trust.

A Pure Trust is filed in the Maricopa County Recorder's Office underneath the doc code of the word DEED. "Deed" represents two entities being merged into one, "Department of Employment" + the Economic Department (DES). It is a business and a name added together. By commingling or "linking" two names together it makes it difficult to know the true identity of the person who is in control of the Trust. Linking is when a person takes part of a name and adds it to another name. Example: Rawhide Pest Control is the name of a business. To form a Trust one would name the trust with any word linked to the name of the business, such as "Rawhide". The word Rawhide would be added with one of the following words -ventures, investments, management, marketing, leasing, systems, or group - making the name of the Trust, Rawhide Ventures or Rawhide Investments. Usually there would be six more Trusts - Rawhide Investments, Rawhide Management, or Rawhide Leasing, etc. By electing an artificial person to manage the Trust and electing Trustees, the real person who is in control of the assets would not be shown on any document, however the name could be found by "linking".

As previously stated above, a real name is used and "linked" to several companies in different States, and then brought back to Arizona to form a Pure Trust. A Trust can be filed in any State and can be used anywhere as there is no boundaries. Money and assets are put in the Trust. Properties are bought with the money from the Trusts and the owners name of the property would be left blank. There would be no owner because, nobody owns a Pure Trust. The Trust would "own" the property. IRS would not be paid any taxes, nor would they even know about the property. The people who are selling the Trusts are telling the buyers that the Trusts are not legal but they are lawful. The people who are using these Pure Trusts are being found "linked" to several attorney's, Judges, and CPS caseworkers, ORS (Child-support), who are working together in a conspiracy that is going on in the court system. According to the Department of Internal Revenue Services (IRS), Pure Trusts are illegal.

PRO13

*02-0232965 recorded Document                    *Sec 3*

The first type-o appears with the name Karen B **Shield** and Kevin P **Shields**.
*The next step is to know that one type-o will _lead to the_ next type-o.

You would have to link the name Shield to a Kevin, to a name that starts with the letter B
and is linked to a name with the letter P
Example:  In Illinois there is a Judge named Karen with the last name Shields.
          There is a case with that involves the name Kevin.
          Kevin is related to someone with the letter B,
          They would both be related the letter P.
You know this because of the order that the document is filed.  P is the last letter filed.

Next step is to type in name **Shield** in Maricopa County Assessor
*228 names appear

Type in **Shields** and 227 names appear.

Scroll down to the name Derrick Shields.  There is NO city or NO address listed.
* This is because there is a Derick that is married to Nanette.
* Nanette formerly known as Nanette Sucato.
*Sucato:  refer back to original names on PAGE #1.

PR014

*Sec 4*

Maricopa County Assessor:
    Derrick Shields
    2712 "S" Yucca
Cash values:  2005 - $4,500;  2006 - $4,000;  2007 - $5,500
Parcel:  402-27-002

Parcel:  402-27-001
    Rodney B Shields/Anna M
    2712 "E" Yucca
Cash values:  2005 - $8,000;  2006 - $7,500;  2007 - $10,500
Mailing address 9933 E Lobo Ave
Parecel:  402-27-002 **3**

Rodney B Shields is now shown with 3 of the addresses not shown.

Property address 2712 S Yucca
Parcel:  305-05-575
Trainor Rickie Lee
Cash values:  2005 - $155,500;  2006 - $155,500;  2007 - $227,000
Recorded as $175,000

"A" Anna Shields No property address
Mailing address:  Marriott Dr  Washington DC

PR015

Kathleen Shields AKA K. Shields has a Power of Attorney:    *Sec 5*
    Shields Kathleen
    Warner Charles E

*The next step is to link Kathleen to Warner by POA
*Remember the name Derrick "Shields"
    There is a Derrick who is married to Nanette.
There is a Nanette **"Warner"** who has served in Family Law and on the Juvenile bench

NOTE: According to code; the names are linked together by putting two different names together with two different States.
There is a "Judge" Warner in AZ
There is a "Judge" Shields in IL.
There is a POA with the name Warner and the name Shields.

Remember there is a POA with the name Kathleen Shields to Charles E Warner.
Charles E Warner has a Deed Trust with a **Charlie** E Warner.

**Charlie E Warner** was born in Tazewell County, Illinois. His Mother is Hannah **Lamb.**

**Lamb** owns the house originally owned by Sucato.

PRO16

Sec 6

Remember the first part of a scam, begins with a type-o.

Sheriff of Maricopa County is Joseph M Arpaio.
"Arpaioi" Joseph M is filed in Maricopa County Docouments with the name Ryan J Neville
Aka R. Neville.

Arpaio Rocco Joseph is filed as a Corr deed with Arpaio Vicki Rae
* Rocco is one of the names of John Sucato's son.
* Vicki is the cousin of Ray Sucato
*Mindy "Rae" is a niece to Vicki.
  Mindy Rae has a name change to Mindy Rae "Bivin"

Arpaio Joseph M files a Notice with the Blevins. The name Jeffrey is brought in again.
*Jeffrey bought the Sucato home.
*Bivin is the maiden name of Ray's first wife Nancy.
*There is NO Bivin recorded in Maricopa County Assessor for Robert E Bivin, however there is a recorded type-o for Bivin now spelled Blvin.

*Arpaio Rocco J has POA with Vicki R
*Arpaio Joseph M/Ava has a Q/CL with Vicki Arpaio/Rocco

Because of the type-o's the next step is to go back to Arpaio's document with Ryan Neville and look for a type-o.
*"**Richard Neville**" has a War Deed with **"Stptember"** Neville.
        Keep in mind there is a Judge Richard Neville married to a Judge Karen Shields

*Next step:  Look up the name Ava Arpaio and you will find the recording dates and numbers are not shown.
*…go back to type-o's and there will be a certifica filed with Arpaio **"Jeseph"** M.
*There is a Shrf deed filed with a **"Joseh"** M Arpaio etal (and all) with Carroll Darlene.
*Darlene Carroll has POA with Dale

On Page #1:  Randy D Lang is the man who created the original scam.
        Randy "Dale" Lang

PR017

*There is a partnership filed in the Maricopa County Recorder.    *Sec 7*

Doc:          Partnership
Rec Date:     01/07/1983
Rec Num:      83-0006647

*The same partnership, same recording number, same date is filed two times. The only difference is the names are in different order.

NOTE: In 2002 the document was printed that showed Anderson John being the first name with Herberger Judd R being listed as the second name.

NOTE: In 2006 the same recording number was printed again, this time Anderson John is still first but Cook Bros is now the second name.

The name Sands Louis appears in both recordings. Sands Louis has a partnership with CPS.

PRO18

Sec 8

Court cases    Maricopa County Superior Court are being filed with NO Names
This was first printed    2002   In 2006 names and cases will appear

PRO ?

Sec 9

In 2003 in Maricopa County Recorded Documents:
Doc Code:   Lien
Rec Date:    08/26/1994
Rec Num:    94-0639172
Starts with the name Akpabio and ends with Campbell.
The letter k will be dropped an R will be added)
The letter b will be dropped.

This same document was filed twice; same rec doc, same rec num, same date.
This time the name begins with Akpabio and ends with Zarbo with several new names
added.

In the Maricopa County Recorded Documents:          *Sec. 10*
Doc Code:  Deed Trst
Rec Date:    03/31/1995
Rec Num:    95-0176076

*There is NO Name shown in the above document.  This was printed in 2003.
*In 2006 the name "Stradling" will appear.

*NOTE:      Stradling's are partners with Laurin M Hendicks.
            Stradling is the president of AMI aka Architectural Millworks Inc.

*NOTE:      Sucato is the President of AMI aka Architectural Masonry Inc.

PR 021

See 11

There is a lawsuit filed with the name Elden Moore as Plaintiff.

*Defendants:      Derick Palmer
                  Nanette Palmer
                  Nancy Palmer
*Address:         2202 W Danbury

*NOTE:  Elden Moore is from Kansas.  He moved to Chicago before he came to AZ
        Moore is in REI  aka Realty Executives INC

*NOTE:  Laurin Hendricks (with Stradlings, on previous section with AMI)  is the
        president of REI
        aka Rainbow Enterprises Inc.

*There is Derick Palmer is Nancy's son-in-law.  Nanette Palmer is Nancy's daughter.
Nancy Ybanez owned the house on 2202 W. Danbury.
Nancy Ybanez bought the house from Elden Moore.

*There is NO Nancy Palmer that ever lived in the house on Danbury.
*There is a Nancy Ybanez.
*Nancy Ybanez was formerly married to Ray **"Sucato"**
*Nancy Ybanez formerly worked for Randy D "**Lang**".

PR022

IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS
COUNTY DEPARTMENT – DOMESTIC RELATIONS

In Re: The Marriage of:    )
           )
MARK A. FREEMAN,    )
    *Petitioner*,   )  No. 2000 D 12224
           )  Consolidated with 00 D 12313
  and       )
           )  Calendar 64
KARYN L. FREEMAN    )  Judge Karen G. Shields
n/k/a KARYN L. MEHRINGER  )
    *Respondent*,   )

**SECOND AFFIDAVIT OF KARYN MEHRINGER IN SUPPORT OF HER
EMERGENCY MOTION FOR LEAVE TO FILE *INSTANTER* THE ATTACHED
Emergency Motion for Judicial Admission or Denial by Judge Karen G. Shields
Regarding Knowledge of and/or Participation in Alleged Criminal Acts Within and
Across State Lines by Judges in the Circuit Court of Cook County, Illinois, and
Other Relief *Instanter***

  I, Karyn Mehringer, being first duly sworn, on oath, states as follows:

1.  I am of legal age and competent. This affidavit is made on my personal
knowledge of all matters set forth herein. If sworn and called as a witness in this
case, I could, and I would, testify competently as to each fact stated in this
affidavit.

2.  I am of information and belief that there is no immunity for criminal acts or for
conspiracy to commit criminal acts.

3.  That on Wednesday, August 16, 2006, I witnessed Sheila Mannix present the title
of her emergency motion and state that she had a material witness in the
courtroom who has material evidence to support her allegations. She was not
afforded the opportunity to present her motion because Atty. Mitchell Asher
interrupted her and stated that the witness must leave the court at which time Mr.
Michael W. Lynch stood and left the courtroom with his large black briefcase.
Judge Donegan appeared to be in a state of shock and repeated that there would
be no hearing that day, there would be no hearing that day.

PRO23

4. I witnessed Atty. Mitchell Asher, who has never filed an appearance in the case, state that the matter was not an emergency and that Dr. Mannix should be sanctioned pursuant to Rule 137. I witnessed the Child Representative David Wessel state that Dr. Mannix's motion was harassment. I witnessed Judge Donegan ignore the statements of Attys. Asher and Wessel.

5. I also witnessed Judge Donegan ignore the statement of Dr. Mannix that, in direct violation of statute, Mr. Wessel did not make the court aware of the fact that the minor children ran away from their father's house last week.

6. I witnessed Dr. Mannix state that the prior day she had a one-hour meeting with a Barrington Hills Police Department detective, lieutenant and sergeant to pursue criminal charges against Mr. Wessel for criminal official misconduct and interference with judicial procedure. Judge Donegan interrupted her and stated that was hearsay. I witnessed Dr. Mannix raise her right hand and state that she would go under oath to witness to her conversation. Judge Donegan refused her.

7. I witnessed Judge James Donegan state that he was denying Sheila Mannix's **Emergency Motion for Leave to File *Instanter* the Attached Emergency Motion for Judicial Admission or Denial by Judge James G. Donegan Regarding Knowledge of and/or Participation in Alleged Criminal Acts Within and Across State Lines by Judges in the Circuit Court of Cook County, Illinois, and Other Relief *Instanter*** because she did not cite a statute upon which it was being brought forth. Judge Donegan stated that he did not see a statute in the entire document.

8. Despite the fact that both Dr. Mannix and I can produce multiple pleadings by opposing counsels that both Judge Donegan and Judge Shields have entered which do not state a statute, just like my motion, there are two statutes in the first paragraph of the motion for leave and in the attached emergency motion, namely 720 ILCS 5/ Articles 32 and 33 which are criminal interference with judicial procedure and criminal official misconduct. Further, the motions cite Supreme Court rules and the Constitutions as well as binding authorities regarding pro see pleadings.

9. Pursuant to Exhibit "F" attached to my emergency motion, I am of information and belief that both Judge Donegan and Judge Shields have committed alleged criminal interference with judicial procedure and criminal official misconduct by severing Dr. Mannix's and my access to the court without just cause, especially in light of the evidence now in the hands of civil and criminal authorities indicating alleged criminal acts by both judges.

10. As I have witnessed multiple times in the past, yesterday I witnessed three Cook County deputies move in on Dr. Mannix in anticipation of her voicing her lawful objection to Judge Donegan's nonsensical statements at which time she would have been unlawfully removed from the courtroom and Judge Donegan would

PR024

have proceeded with yet another unlawful ex parte proceeding. But yesterday, Dr. Mannix did not need to say a word because we now have material evidence of alleged criminal acts by Judge Donegan.

11. On Thursday, August 10, 2006, in the courtroom of Judge Alexander White during a court appearance of Mr. Lynch, a pro se litigant, I witnessed Atty. Braun state that he wanted Mr. Lynch removed from the courtroom. I witnessed Judge White state that he could not do that because Mr. Lynch was a party to the case.

12. I am of information and belief that Judge Donegan committed alleged criminal official misconduct and criminal interference with judicial procedure by denying Dr. Mannix's emergency motion for leave to file her motion.

13. Attached hereto is a snippet of the material evidence (five pages) that has been turned over to civil and criminal authorities. I am not at liberty to explain or discuss the evidence at this time. I am of information and belief that Judge Shields does not need an explanation.

14. Further affiant sayeth naught.

KARYN MEHRINGER

SUBSCRIBED and SWORN before me on this 17th day of August, 2006.

NOTARY PUBLIC

"OFFICIAL SEAL"
ZENAIDA CERRILLO
Notary Public, State of Illinois
My Commission Expires May 29, 2009

Attachments

PRO25

copa.gov

Site Map | Search | Phone Directory | Departments | Services

**Contact Us**

About Us   Office Locations   Jobs   FAQs   Contact Assessor

Search

## roperty Information

View GIS Maps

| | |
|---|---|
| **Parcel #:** 219-37-548 | **Subdivision Name:** |
| **MCR #:** | **Lot #:** |

**Property Address:**

**Property Description:** POR OF S 706F OF W 1109.09F OF SE4 SEC 28 DAF COM S4 COR SD SEC 28 TH E 746.09F TO PT ON E LN OF W 746.09F SD SE4 SEC 28 TH N 463.60F TH E 181.50F TO TPOB TH CONT E 181.50F TH S 302.98F TH N 56D 24M W 218.02F TH N 181.80F TO TPOB

**ction Township Range:** 28 5N 6E

**Associated Parcel:**

## wner Information

View Tax Information

| | |
|---|---|
| **Owner:** PATEL JAY/JYOTI | |
| **In Care Of:** | |
| **Mailing Address:** 17031 E CASCADE DR FOUNTAIN HILLS AZ 85268 USA | |
| **Deed #:** 05082675B | **Sales Price:** n/a |
| **Deed Date:** 6/17/2005 | **Sales Date:** n/a |

View Comparables (COMPS)

| | 2007 | 2006 |
|---|---|---|
| **ax Year:** | | |
| **ull Cash Value (FCV):** | $1 | $36,949 |
| **ed Property Value (LPV):** | $1 | $26,234 |

e: The values displayed on this page may not reflect constitutional or atutory adjustments.

| | | |
|---|---|---|
| **egal Class:** | 2 | 2 |
| **ssessment Ratio:** | 0% | 16.0% |
| **ssessed FCV:** | $0 | $5,912 |
| **ssessed LPV:** | $0 | $4,197 |
| **roperty Use Code:** | 0014 | 0014 |
| **ax Area Code:** | 000000 | 000000 |

## dditional Component Information (for this

Valuation    Characteristics

w Search

## Helpful Information:

recorder   glossary   forms

isclaimer

e data contained in this database is deemed reliable but not guaranteed. This information should be sed for informational use only and does not constitute a legal document for the description of these operties. Every effort has been made to insure the accuracy of this data; however, this material may slightly dated which would have an impact on its accuracy. The Maricopa County Assessor's Office sclaims any responsibility or liability for any direct or indirect damages resulting from the use of this ta.

**AFFIDAVIT OF PROPERTY VALU~~E~~**

OFFICIAL RECORDS OF

**Unofficial Documents**

01:52

| ASSESSOR'S PARCEL IDENTIFICATION NUMBER(s) | | | |
|---|---|---|---|

Primary Parcel: _____ **219-37-040A portion of** _____

BOOK    MAP    PARCEL    SPLIT LETTER

Does this sale include any parcels that are being split / divided?

Check one:   Yes ☐   No ☒

How many parcels, *other* than the Primary Parcel, are

included in this sale? _____

Please list the additional parcels below (no more than four):

(1) _____ (3) _____

(2) _____ (4) _____

**2. SELLER'S NAME AND ADDRESS**

**Jeff Bell**

**11250 Kirkland Way, #700**

**Kirkland, WA 98033**

**3. (a) BUYER'S NAME AND ADDRESS:**

**Jay Patel**

**17031 E. Cascade Dr.**

**Fountain Hills, AZ 85268**

(b) Are the Buyer and Seller related?   Yes _____   No ✓
If Yes, state relationship:

**4. ADDRESS OF PROPERTY:**

**28200 N. 157th St., Lot 4, Scottsdale, AZ  85262**

MAIL TAX BILL TO:

**Jay Patel**

**same as #3 above**

**5. PROPERTY TYPE (for Primary Parcel):   NOTE: Check Only One Box**

a. ☒ Vacant Land

b. ☐ Single Family Residence

c. ☐ Condo or Townhouse

d. ☐ 2-4 Plex

e. ☐ Apartment Building

f. ☐ Commercial or Industrial Use

g. ☐ Agricultural

h. ☐ Mobile or Manufactured Home

i. ☐ Other Use; Specify:

**7. RESIDENTIAL BUYER'S USE:** If you checked b, c, d or h in Item 6 above, please check *one* of the following:

☐ To be occupied by owner or "family member."

☐ To be rented to someone Other than "family member."

See reverse for definition of a "family member."

**8. NUMBER OF UNITS:** _____

For Apartment Properties, Motels, Hotels, Mobile Home Parks, RV Parks, Mini-Storage Properties, etc.

**9.    FOR OFFICE**

(a) County of Rec:

(b) Docket & Pag

(c) Date of Reco

(d) Fee / Record:

**Validation Codes:**

(e) ASSESSOR                    (f) DOR

**ASSESSOR'S USE ONLY**

Verify Primary Parcel in Item 1: __ __ __ - __ __ - __ __ __

Use Code: _____   Full Cash Value: $

**10. TYPE OF DEED OR INSTRUMENT (Check Only One Box):**

a. ☒ Warranty Deed       d. ☐ Contract or Agreement

b. ☐ Special Warranty Deed   e. ☐ Quit Claim Deed

c. ☐ Joint Tenancy Deed    f. ☐ Other:

**11. SALE PRICE:   $            260,000.00**

**12. DATE OF SALE (Numeric Digits):** _06_ / _05_
                    Month   Year

[For example: 03 / 05 for March 2005]

**13. DOWN PAYMENT:  $            ∅**

**14. METHOD OF FINANCING:**   e. ☒ New loan(s) from financial institution:

a. ☐ Cash (100% of Sale Price)     (1) ☒ Conventional

b. ☐ Exchange or trade          (2) ☐ VA

c. ☐ Assumption of existing loan(s)  (3) ☐ FHA

d. ☐ Seller Loan (Carryback)    f. ☐ Other financing; Specify:

**15. PERSONAL PROPERTY** (see reverse side for definition):

(a) Did the Sale Price in Item #11 include Personal Property that impacted the Sale Price by 5% or more?   Yes _____   No ✓

(b) If Yes, provide the dollar amount of the Personal Property:

$ _____ 00  AND

briefly describe the Personal Property:

**16. PARTIAL INTEREST:** If only a partial ownership interest is being sold, Briefly describe the partial interest:

**17. PARTY COMPLETING AFFIDAVIT (Name, Address, Phone):**

**Jeff Bell**

**11250 Kirkland Way, #700**

**Kirkland, WA 98033**   Phone

**18. LEGAL DESCRIPTION** (attach copy if necessary):

**Lot 4 of that certain portion of Section  28, Township  5N, Range  8E**

THE UNDERSIGNED BEING DULY SWORN, ON OATH, SAYS THAT THE FOREGOING INFORMATION IS A TRUE AND CORRECT STATEMENT OF THE FACTS PERTAINING TO THE TRANSFER OF THE ABOVE DESCRIBED PROPERTY.

Signature of Seller/Agent _____

State of _Arizona_  County of _Maricopa_

Subscribed and sworn to before me this _____ day of _____, 20 05

Notary Public _____

Notary Expiration Date _____

Signature of Buyer/Agent _____

State of Arizona, COUNTY O

Subscribed and sw_____ __ day of _____, 20 __

Notary Public _____

Notary Expiration D _____

OFFICIAL SEAL

DOR Form 82162

PR027

(Revised 5/2003)

2

This is G o o g l e's cache of http://www.ftc.gov/os/caselist/pretextingsweep/accusearch.htm as retrieved on Jun 21, 2006 05:53:27 GMT.
G o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?
q=cache:33tZnF6xWIQJ:www.ftc.gov/os/caselist/pretextingsweep/accusearch.htm+Jay+Patel+accusearch&hl=en&gl=us&ct=clnk&cd=1

Google is neither affiliated with the authors of this page nor responsible for its content.

These search terms have been highlighted: jay patel accusearch

# FEDERAL TRADE COMMISSION
## FOR THE CONSUMER

Search: 

HOME | CONSUMERS | BUSINESSES | NEWSROOM | FORMAL | ANTITRUST | CONGRESSIONAL | ECONOMIC | LEGAL
Privacy Policy | About FTC | Commissioners | File a Complaint | HSR | FOIA | IG Office | En Espaçol

## Federal Trade Commission

### v.

## Accusearch, Inc. d/b/a Abika.com, and Jay Patel, Defendants

Civil Action No.: 06-CV-0105; FTC File No. 052 3126

3, 2006

- Complaint for Injunctive and Other Equitable Relief
- News Release

Last Updated: Wednesday, May 3, 2006

PRO28      3

Unofficial
Documents

# CONTRACT

## and

# DECLARATION

## of

# TRUST

This Declaration of a Pure Trust Organization
Authorizes Its Trustees
to Operate Under the Name of

# SHIELD PENSION FUND

**Dated this 17th day of December, 1992**

Copyrighted at Common Law by Commonwealth Trust Company, 1992

TR029

29



### Helen Purcell
Maricopa County Recorder

**Sunday, July 9, 2006**

ours & Locations    >
ecorder    >
lections    >
/hat's New    >
upport    >
iscellaneous    >

| NAME | DOC CODE | REC DATE | REC NUM | F |
|---|---|---|---|---|
| DESERT SCHOOLS FEDERAL CREDIT UNION | REL D/T | 03/06/2002 | 02-0232965 | 1 |
| SHIELD KAREN B | | | | |
| SHIELDS KEVIN P | | | | |

Home
Site Map
Account Login
Online Help

Page Number

Image Format:
◯ PNG - Select to view one page at a time
◉ PDF - Select to view all the pages

View Unofficial Document        Purchase Official Document        New Se

Adobe Acrobat Reader is required to view PDF documents.

The Official Website of the Maricopa County Recorder and Elections Department
For questions or feedback on this site, contact the Webmaster.
Copyright ©2006 Maricopa County Recorder. All rights reserved.

PR030

30

**STATE OF ILLINOIS**      )
                           ) SS:
**COUNTY OF COOK**         )

### AFFIDAVIT OF SERVICE

I, Sheila A. Mannix, being duly sworn upon oath, state that I served the

respondent's **EMERGENCY MOTION FOR LEAVE TO FILE *INSTANTER* THE**

**ATTACHED Emergency Motion for Judicial Admission or Denial by Judge Karen**

**G. Shields Regarding Knowledge of and/or Participation in Alleged Criminal Acts**

**Within and Across State Lines by Judges in the Circuit Court of Cook County,**

**Illinois, and Other Relief *Instanter*** on petitioner by personal service by hand-delivering a

copy thereof to his address below:

> Mr. Mark Freeman, Sr.
> 308 W. 32nd Street
> Chicago, IL 60616

on the 15th day of August, 2006.

*[signature]*

Sheila A. Mannix

**SUBSCRIBED AND SWORN**
to before me this 17th day
of August, 2006

*[signature]*

Notary Public

"OFFICIAL SEAL"
ZENAIDA CERRILLO
Notary Public, State of Illinois
My Commission Expires May 29, 2009

PR031

**Donegan**
**Judge G Donegan to Legg Mason  to Alcoa**

James G Donegan ownership Legg Mason, Chase Bank, Citicorp
Legg Mason subsidiary Cato Corp.  Cata Corp owned by Wells Fargo.
Legg Mason owns subsidiary JP Morgan
JP Morgan Chase owns subsidiary Alcoa.


* Legg  + Mason = Leg + Mason.  Mason POA Sucato.
Drop SU=Cato
Add LEG (drop C) ato = Legato.
Legato in AZ [type-o dropped R] Walter to  WaltE G Silva =EG
Legato to Maldonado to Angel [Angel is Ed Sucato's daughters name] to Dippolito
Dippolito to Anthony [Anthony is ED Sucato's sons name]
Dippolito to D ippolito Domenic [John Sucato sons name also Johns middle name]
Domenic to property listed as $4,000 bought as  $65.000  Taxes $51.00
Dippolito to Josephine. Notary is circled Berg.  Goes to Greg Broberg.{EG} Greg to Stradling {EG}

PRO32

Maricopa County Recorder

Page 1 of 1



**Saturday, July 22, 2006**

Hours & Locations
Recorder
Elections
What's New
Support
Miscellaneous

Home
Site Map
Account Login
Online Help

| NAME | DOC CODE | REC DATE | REC NI |
|------|----------|----------|--------|
| DONEGAN JOHN J III | POWER ATT | 03/23/1999 | 99-027 |
| DONEGAN JOHN M ETAL | WAR DEED | 06/19/1998 | 98-052 |
| DONEGAN JOHN M/JOAN C UX | REL D/T | 03/14/1985 | 85-010 |
| DONEGAN JOSEPH C | T FIN ST | 05/30/1989 | 89-024 |
| DONEGAN JOSEPH ETAL | ASG F/S + | 06/13/1986 | 86-029 |
| DONEGAN KATHLEEN ETAL | AF DISCLS + | 07/03/1991 | 91-031 |
| DONEGAN KATHLEEN ETAL | AF DISCLS + | 07/03/1991 | 91-031 |
| DONEGAN KATHLEEN ETAL | AF DISCLS + | 07/03/1991 | 91-031 |
| DONEGAN KATHLEEN ETAL | AF DISCLS + | 07/03/1991 | 91-031 |
| DONEGAN KATHLEEN ETAL | WAR DEED + | 10/25/2000 | 00-081 |
| DONEGAN LISA | POWER ATT | 04/08/2003 | 03-043 |
| DONEGAN LISA L ETAL | ASG F/S + | | |
| DONEGAN LISA L ETAL | ASG F/S + | | |
| DONEGAN LISA L ETAL | A DEED TR | | |
| DONEGAN LISA L ETAL | DEED TRST | | |
| DONEGAN LISA L ETAL | SUB TRSTE + | | |
| DONEGAN LISA L ETAL | A DEED TR | | |
| DONEGAN LISA L ETAL | WAR DEED | | |
| DONEGAN LISA L ETAL | JNT DEED | | |
| DONEGAN LISA L ETAL | DEED TRST | | |

Page Up    Page Down    New Search

**(+) - denotes there is more than one Doc Code assigned to the recorded document**

The Official Website of the Maricopa County Recorder and Elections Department
For questions or feedback on this site, contact the Webmaster.
Copyright ©2006 Maricopa County Recorder. All rights reserved.

PR033

169

7/22/2006



**Helen Purcell**
Maricopa County Recorder
Saturday, July 22, 2006

Hours & Locations
Recorder
Elections
What's New
Support
Miscellaneous

Home
Site Map
Account Login
Online Help

| NAME | DOC CODE | REC DATE | REC N |
|------|----------|----------|-------|
| DONEGAN LISA L ETAL | REL D/T | | |
| DONEGAN LISA L ETAL | REL D/T | | |
| DONEGAN LISA L ETAL | DEED TRST | | |
| DONEGAN LISA L ETAL | REL D/T | | |
| DONEGAN LISA L ETAL | A DEED TR | | |
| DONEGAN LISA L ETAL | SPEC/W D + | | |
| DONEGAN LIVING TRUST ETAL | SPEC/W D + | | |
| DONEGAN MABEL E | POWER ATT | 12/14/1989 | 89-057 |
| DONEGAN MABEL E | WAR DEED | 03/21/1990 | 90-012 |
| DONEGAN MARI | REL D/T | 11/09/2001 | 01-104 |
| DONEGAN MARIE A ETAL | ST TAX LN | 07/30/1992 | 92-041 |
| DONEGAN MARILYN R | WAR DEED | 08/19/2003 | 03-113 |
| DONEGAN MARILYN R | BENE DEED | 07/28/2005 | 05-106 |
| DONEGAN MARILYN R | BENE DEED | 07/28/2005 | 05-106 |
| DONEGAN MARK | WAR DEED | 10/04/2001 | 01-092 |
| DONEGAN MARK | REL D/T | 10/15/2001 | 01-095 |
| DONEGAN MARK | SPEC/W D | 01/09/2004 | 04-002 |
| DONEGAN MARK | DISCLMR D | 01/09/2004 | 04-002 |
| DONEGAN MARK | DEED TRST | 05/19/2005 | 05-066 |
| DONEGAN MARK | DEED TRST | 05/19/2005 | 05-066 |

Page Up    Page Down    New Search

**+) - denotes there is more than one Doc Code assigned to the recorded document**

fficial Website of the Maricopa County Recorder and E
questions or feedback on this site, contact the Webmas
light ©2006 Maricopa County Recorder. All rights rase

PR034    170    7/22/2006

No. 1 - 07 - 1520

FILED APPELLATE COURT
1ST DIST.

2007 AUG -3 PH 1:03

IN THE APPELLATE COURT OF ILLINOIS
FIRST JUDICIAL DISTRICT

STEVEN M. RAVID
CLERK OF COURT

|  |  |  |
|---|---|---|
| | ) | Appeal from the Circuit Court |
| | ) | of Cook County, Illinois |
| IN RE: | ) | |
| THE FORMER MARRIAGE OF | ) | Cook County Case No. 93 D 2984 |
| | ) | Lake County Case No. 05 OP 1348 |
| SHEILA MANNIX | ) | Lake County Case No. 07 OP 143 |
| Petitioner-Appellant, | ) | Cook County Case No. 06 OP 2465 |
| | ) | [formerly Lake County Case No. 06 OP 97] |
| v. | ) | |
| | ) | Consolidated with |
| DANIEL SHEETZ | ) | Cook County Case No. 06 OP 3-0185 |
| Respondent-Appellee. | ) | **Cook County Case No. 07 OP 1949** |
| | ) | **[formerly Lake County Case No. 07 OP 30]** |
| | ) | |
| | ) | The Hon. Moshe Jacobius |
| | ) | Judge Presiding |

**APPELLANT'S MOTION FOR REHEARING OF DENIAL OF PETITION FOR LEAVE
TO APPEAL PURSUANT TO SUPREME COURT RULE 306(a)(5)
AND SUPPORTING MEMORANDUM**

SHEILA MANNIX
*Petitioner-Appellant Pro Se*
1118 RFD
Long Grove, IL 60047
(847) 971-6679

PR035

# Unofficial
# Document  |EXHIBIT A |

C............

## and

## DECLARATION

### of a

## PURE TRUST

**This Declaration of a Pure Trust Organization
Authorizes Its Trustees
to Operate Under the Name of**

# SUNDANCE ASSET FUND

**Date this 23rd day of May, 1996**

Copyrighted at Common Law by Commonwealth Trust Company, 1996

PR036

**Unofficial
Document** EXHIBIT g

When recorded mail to:

# CAPTION HEADING:

## DO NOT REMOVE

**This is part of the official document.**

PR 037

First American Title                    19990960816

When Recorded return to:
Sandi Cole, Trust Dept.
First American Title Insurance Company
4801 East Washington Street, Suite 200
Phoenix, AZ 85034

## DEED OF PARTIAL RELEASE AND PARTIAL RECONVEYANCE
### (Fee Deed of Trust)

   **HELLER FINANCIAL, INC.**, a Delaware corporation, is the Beneficiary (the "Beneficiary") under that certain Construction Deed of Trust, Security Agreement, Assignment of Leases and Rents and Fixture Filing Statement (Financing Statement) executed by VISTANA SCOTTSDALE, INC., an Arizona corporation ("Trustor"), dated December 9, 1998, and recorded on December __14__, 1998, at Recording No. 98-1129266, records of Maricopa County, Arizona Recorder (the "**Deed of Trust**").

   Beneficiary hereby releases from the lien of the Deed of Trust and reconveys, without covenant or warranty, express or implied, to the person or persons legally entitled thereto, all right, title and interest under the Deed of Trust to the real property described in Exhibit A attached hereto and incorporated herein by this reference (the "Release Parcel").

   This is a Partial Release and Partial Reconveyance. No portion of the real property described in, and encumbered by the Deed of Trust, other than the Release Parcel, is released from the lien of the Deed of Trust by this Partial Release and Partial Reconveyance. The lien of the Deed of Trust shall remain Unofficial Document and effect on the real property described in, and encumbered by said Deed of Trust other than the Release Parcel.

   Dated this __15TH__ day of __~~September~~ October__ , 1999.

                                   **HELLER FINANCIAL, INC.**, a Delaware corporation

                                   By: _Z_ Gn_____

                                   Name: _Lisa J Hansen_____

                                   Title: _Vice President_____

State of __ILLINOIS__

County of __COOK__

The foregoing instrument was acknowledged before me this __15TH__ day of ~~September~~ OCTOBER, 1999, by __LISA J. HANSEN__, the __VICE PRESIDENT__ of Heller Financial, Inc., a Delaware corporation, on behalf of the corporation.

(Seal)

**OFFICIAL SEAL**
**JULIA A HAMZEE**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/03/01

EXP. 09-03-01

Recording Batch #

                                   _____
                                       Notary Public

                                                    PR038

19990960816

## Exhibit "A"

The following Interval Numbers, Scottsdale Pinnacle, each consisting of: (i) the undivided interest associated with each interval in the fee interest in the real property described in Exhibit "C" attached hereto, (ii) the right to occupy a Unit of the Unit Type associated with each interval for one (1) Interval Week on an annual or biennial (as conveyed) and recurring basis, the exact Use Period to be established every year or every other year by reservation, all as defined and governed by the Declaration of Covenants, Conditions, Restrictions and Easements for Scottsdale Pinnacle, dated February 2, 1998, and recorded February 6, 1998, in Instruments Number 98-0094372 of Official Records of Maricopa County, Arizona (the "Declaration"); and (iii) the non-exclusive right to use and enjoy the Common Area and to use and enjoy the Common Furnishings contained in such Unit, during each Owner's Use Period, as provided in the Declaration:

### SEE EXHIBIT "B" ATTACHED

(For posting purposes, the Interval Numbers shall be posted in Book 12 of Maps, Page 87.)

Unofficial Document

Recording Batch # _____

PR039

19990960816

Exhibit "8"
EVR Scottsdale
Recording Batch 23

| NAME | ACCOUNT NUMBER | UNIT/WEEK | TYPE | BR Type | Unit | Unit | Week No |
|---|---|---|---|---|---|---|---|
| ROGERS J BRASKAWATE | 604096 | 1039-30DO | Biennial | 1BR | 1035 | | 30 |
| JENKINS | 604948 | 1035-27DO | Biennial | 1BR | 1035 | | 27 |
| ALAMI | 605845 | 2004-21EO | Biennial | 1BR | 2004 | | 21 |
| GONZALES | 605869 | 1029-04EO | Biennial | 1BR | 1029 | | 04 |
| BLANCO | 605880 | 1029-10DO | Biennial | 1BR | 1029 | | 10 |
| CARLOS III | 605920 | 1020-22DO | Biennial | 1BR | 1020 | | 22 |
| LOMELI | 605947 | 1029-15DO | Biennial | 1BR | 1029 | | 15 |
| ETHELBAH | 605978 | 1029-39EO | Biennial | 1BR | 1029 | | 39 |
| BECK JR | 606046 | 1003-45ED | Biennial | 1BR | 1003 | | 45 |
| ELLIS | 606128 | 2025-26DO | Biennial | 1BR | 2025 | | 26 |
| NEWMAN | 606196 | 2019-11AD | Annual | 1BR | 2019 | | 11 |
| HERALD | 606222 | 2022-04DO | Biennial | 1BR | 2022 | | 04 |
| RANDOLPH | 606225 | 2022-08DO | Biennial | 1BR | 2022 | | 08 |
| BRANDRIET | 606322 | 1021-17EO | Biennial | 1BR | 1021 | | 17 |
| FREEMAN | 606367 | 2005-27EO | Biennial | 1BR | 2005 | | 27 |
| THOMAS | 606361 | 2029-35DO | Biennial | 1BR | 2029 | | 35 |
| HARRINGTON | 606367 | 2029-38DO | Unofficial Document Biennial | 1BR | 2029 | | 38 |
| WRIGHT | 606380 | 1006-22ED | Biennial | 1BR | 1006 | | 22 |
| STULTZ | 600514 | 1041-12AD | Annual | 1BR | 1041 | | 12 |
| MELIMANN | 606603 | 1025-38EO | Biennial | 1BR | 1025 | | 38 |
| KINGHORN | 606710 | 1041-44AD | Annual | 1BR | 1041 | | 44 |
| SPECK | 606711 | 1025-44EO | Biennial | 1BR | 1025 | | 44 |
| HOLLY | 606726 | 1041-50AO | Annual | 1BR | 1041 | | 50 |
| BARGER | 606756 | 1019-28ED | Biennial | 1BR | 1019 | | 28 |
| ROBINSON | 606815 | 1041-29AO | Annual | 1BR | 1041 | | 29 |
| REITZKI | 606884 | 1026-07ED | Biennial | 1BR | 1026 | | 07 |
| COLLETTI | 606879 | 111920-09AL | Annual | 2BR | 1119 | 1120 | 09 |
| ELLIS | 606896 | 103334-39EL | Biennial | 2BR | 1033 | 1034 | 39 |
| JAMES | 606916 | 1032-02ED | Biennial | 1BR | 1032 | | 02 |
| STOCKTON | 606947 | 2005-42EO | Biennial | 1BR | 2005 | | 42 |
| TRUJILLO | 606986 | 1032-35ED | Biennial | 1BR | 1032 | | 35 |
| PEREZ JR | 607037 | 2005-48EO | Biennial | 1BR | 2005 | | 48 |
| PETTIGREW | 607082 | 201211-02EL | Biennial | 2BR | 2012 | 2011 | 02 |
| KINNICK JR | 607096 | 211920-52AL | Annual | 2BR | 2119 | 2120 | 52 |
| ROSE | 607102 | 2022-51AD | Annual | 1BR | 2022 | | 51 |
| HOSTENS | 607108 | 204645-01AL | Annual | 2BR | 2046 | 2045 | 01 |
| ASHWORTH | 607111 | 204645-03AL | Annual | 2BR | 2046 | 2045 | 03 |
| BROWNLIE | 607113 | 204645-04AL | Annual | 2BR | 2046 | 2045 | 04 |
| LOWRY III | 607116 | 2032-26AD | Annual | 1BR | 2032 | | 26 |
| SCHMITT | 607135 | 204645-10AL | Annual | 2BR | 2046 | 2045 | 10 |
| ANTONE | 607146 | 2020-08EO | Biennial | 1BR | 2020 | | 08 |
| EVENSON | 607181 | 1030-03AD | Annual | 1BR | 1030 | | 03 |
| JOHNSON | 607187 | 1032-49ED | Biennial | 1BR | 1032 | | 49 |

PRO40

19990960816

**EXHIBIT "B"**
**EVR Eastiside**
**Recording Batch 23**

| NAME | ACCOUNT NUMBER | UNIT/WEEK | TYPE | BR Type | Unit | Unit | Week No |
|---|---|---|---|---|---|---|---|
| BOND III | 607196 | 2041-16AO | Annual | 1BR | 2041 | | 16 |
| BENESH | 607207 | 1030-08AD | Annual | 1BR | 1030 | | 08 |
| JOHNSON | 607209 | 2020-22EO | Biennial | 1BR | 2020 | | 22 |
| WHITE | 607209 | 201314-33EL | Biennial | 2BR | 2013 | 2014 | 33 |
| KEEBAUGH | 607211 | 1030-09AD | Annual | 1BR | 1030 | | 09 |
| MESSENGER | 607213 | 201314-37EL | Biennial | 2BR | 2013 | 2014 | 37 |
| ESTRADA | 607214 | 1036-06ED | Biennial | 1BR | 1036 | | 06 |
| CARREON | 607215 | 204545-14AL | Annual | 2BR | 2045 | 2045 | 14 |
| CUNNINGHAM | 607216 | 2020-39EO | Biennial | 1BR | 2020 | | 39 |
| WATSON | 607217 | 204646-15AL | Annual | 2BR | 2046 | 2046 | 15 |
| HARMON | 607221 | 201314-38EL | Biennial | 2BR | 2013 | 2014 | 38 |
| LANDSBERGER | 607222 | 2020-41EO | Biennial | 1BR | 2020 | | 41 |
| STEVENS | 607223 | 204545-16AL | Annual | 2BR | 2045 | 2045 | 16 |
| NELSON | 607225 | 2020-44EO | Biennial | 1BR | 2020 | | 44 |
| WHITE | 607226 | 201314-40EL | Biennial | 2BR | 2013 | 2014 | 40 |
| STEINBRINK | 607227 | 201314-49EL | Biennial | 2BR | 2013 | 2014 | 49 |
| ST MARTIN | 607228 | 2041-18AD | Annual | 1BR | 2041 | | 18 |
| POLLEY | 607230 | 2020-45EO | Biennial | 1BR | 2020 | | 45 |
| CHEN | 607231 | 1030-10AD | Annual | 1BR | 1030 | | 10 |
| WOMACH | 607237 | 204344-46AL | Unofficial Document | | 2043 | 2044 | 46 |
| THORPE | 607241 | 1030-11AD | Annual | 1BR | 1030 | | 11 |
| BLOMBERG | 607242 | 1030-12AD | Annual | 1BR | 1030 | | 12 |
| LIVINGSTON | 607244 | 2041-20AO | Annual | 1BR | 2041 | | 20 |
| FITZGERALD | 607247 | 2041-21AO | Annual | 1BR | 2041 | | 21 |
| LAPOINTE | 607249 | 2020-50EO | Biennial | 1BR | 2020 | | 50 |
| VALLEJO | 607250 | 1030-14AD | Annual | 1BR | 1030 | | 14 |
| SHIELDS | 607257 | 2020-51EO | Biennial | 1BR | 2020 | | 51 |
| TITLA SR | 607259 | 1036-14ED | Biennial | 1BR | 1036 | | 14 |
| VASSALLO | 607260 | 1036-15ED | Biennial | 1BR | 1036 | | 15 |
| OATERS | 607261 | 201314-51EL | Biennial | 2BR | 2013 | 2014 | 51 |
| LO | 607263 | 1036-18ED | Biennial | 1BR | 1036 | | 18 |
| DAVIS-DILLO | 607266 | 1036-19ED | Biennial | 1BR | 1036 | | 19 |
| STEWART | 607268 | 2021-03EO | Biennial | 1BR | 2021 | | 03 |
| FULTZ | 607271 | 1036-23ED | Biennial | 1BR | 1036 | | 23 |
| ROMERO | 607273 | 2041-24AO | Annual | 1BR | 2041 | | 24 |
| KOLENCIK J | 607274 | 1036-24ED | Biennial | 1BR | 1036 | | 24 |
| BROWN | 607275 | 2021-06EO | Biennial | 1BR | 2021 | | 06 |
| HOLMES | 607276 | 1036-25ED | Biennial | 1BR | 1036 | | 25 |
| OSBORNE | 607277 | 1030-20AD | Annual | 1BR | 1030 | | 20 |
| GISLER | 607278 | 1030-21AD | Annual | 1BR | 1030 | | 21 |
| TORRES | 607279 | 1041-51EO | Biennial | 1BR | 1041 | | 51 |
| NELSON | 607281 | 1030-02AD | Annual | 1BR | 1030 | | 02 |
| ROMERO | 607283 | 1032-25ED | Biennial | 1BR | 1032 | | 25 |
| CASTO | 607284 | 1036-28ED | Biennial | 1BR | 1036 | | 28 |
| BALLANCE | 607285 | 1030-22AD | Annual | 1BR | 1030 | | 22 |
| BELLIGATTI | 607286 | 2004-06EO | Biennial | 1BR | 2004 | | 06 |

2 of 4

PRO 41

1    0 60 16

**Exhibit "B"**
**EVR Scottsdale**
**Recording Batch 23**

| NAME | ACCOUNT NUMBER | UNIT/WEEK | TYPE | BR Type | Unit | Unit | Week No |
|---|---|---|---|---|---|---|---|
| WOOSLEY | 807294 | 1030-23AD | Annual | 1BR | 1030 | | 23 |
| PIARULLI | 807295 | 2021-11EO | Biennial | 1BR | 2021 | | 11 |
| UDOFIA | 807296 | 2041-25AO | Annual | 1BR | 2041 | | 25 |
| JENNINGS | 807297 | 1006-08ED | Biennial | 1BR | 1006 | | 08 |
| VERICKER | 807299 | 2021-12EO | Biennial | 1BR | 2021 | | 12 |
| TRIBBY | 807300 | 2041-26AO | Annual | 1BR | 2041 | | 26 |
| KAPERONIS | 807301 | 1030-24AD | Annual | 1BR | 1030 | | 24 |
| VANDERVORT | 807303 | 2041-27AO | Annual | 1BR | 2041 | | 27 |
| VON DER AHE | 807304 | 1036-33ED | Biennial | 1BR | 1036 | | 33 |
| GARCIA | 807305 | 2041-28AO | Annual | 1BR | 2041 | | 28 |
| HASK | 807306 | 1036-36ED | Biennial | 1BR | 1036 | | 36 |
| LINDLEY | 807308 | 1030-25AD | Annual | 1BR | 1030 | | 25 |
| JAMES | 807310 | 1030-26AD | Annual | 1BR | 1030 | | 26 |
| GREEN | 807311 | 2021-15EO | Biennial | 1BR | 2021 | | 15 |
| MUNSTERMANN | 807314 | 2021-22EO | Biennial | 1BR | 2021 | | 22 |
| BRAITHWAITE | 807316 | 1030-27AD | Annual | 1BR | 1030 | | 27 |
| THOMPSON | 807317 | 2041-32AO | Annual | 1BR | 2041 | | 32 |
| DINGEE | 807326 | 2041-33AO | Annual | 1BR | 2041 | | 33 |
| ROULB | 807327 | 1030-30AD | Annual | 1BR | 1030 | | 30 |
| DAWSON | 807329 | 2021-24EO | Unsettled Document | | 2021 | | 24 |
| MONK | 807331 | 1036-39ED | Biennial | 1BR | 1036 | | 39 |
| BRAMHALL | 807332 | 204845-23AL | Annual | 2BR | 2048 | 2045 | 23 |
| DECKER | 807333 | 2021-25EO | Biennial | 1BR | 2021 | | 25 |
| CORNELIUS | 807334 | 2041-34AO | Annual | 1BR | 2041 | | 34 |
| SMITH | 807335 | 1036-40ED | Biennial | 1BR | 1036 | | 40 |
| WATERS | 807336 | 1036-42ED | Biennial | 1BR | 1036 | | 42 |
| RAYMOND | 807337 | 2021-30EO | Biennial | 1BR | 2021 | | 30 |
| FRYE | 807340 | 1030-32AD | Annual | 1BR | 1030 | | 32 |
| HOWE | 807342 | 204845-34AL | Annual | 2BR | 2048 | 2045 | 34 |
| PRANGE | 807343 | 1030-33AD | Annual | 1BR | 1030 | | 33 |
| BURLAND | 807344 | 1030-34AD | Annual | 1BR | 1030 | | 34 |
| MACIAS | 807345 | 1030-35AD | Annual | 1BR | 1030 | | 35 |
| BRADLEY | 807348 | 2018-48EO | Biennial | 1BR | 2018 | | 48 |
| HARVEY | 807349 | 201615-06EL | Biennial | 2BR | 2018 | 2015 | 06 |
| MOHAMMAD | 807351 | 201615-11EL | Biennial | 2BR | 2018 | 2015 | 11 |
| GORDON | 807353 | 1030-36AD | Annual | 1BR | 1030 | | 36 |
| WETTERICH | 807355 | 1036-45ED | Biennial | 1BR | 1036 | | 45 |
| BRIEN | 807360 | 204845-19AL | Annual | 2BR | 2048 | 2045 | 19 |
| GILTNER | 807362 | 2021-31EO | Biennial | 1BR | 2021 | | 31 |
| GROSS | 807363 | 1036-46ED | Biennial | 1BR | 1036 | | 46 |
| LIGON | 807364 | 2041-35AO | Annual | 1BR | 2041 | | 35 |
| PARTHE | 807365 | 201815-14EL | Biennial | 2BR | 2018 | 2015 | 14 |
| CRATTY | 807366 | 204845-25AL | Annual | 2BR | 2048 | 2045 | 25 |
| STIRES | 807367 | 1036-47ED | Biennial | 1BR | 1036 | | 47 |
| TUZI | 807368 | 2021-33EO | Biennial | 1BR | 2021 | | 33 |
| BEATTY | 807371 | 2021-34EO | Biennial | 1BR | 2021 | | 34 |

PRO4?

19990960816

**Exhibit "B"**
**EVR Bottindale**
**Recording Batch 22**

| NAME | ACCOUNT NUMBER | UNIT/WEEK | TYPE | BR Type | Unit | Unit | Week No |
|------|------|------|------|------|------|------|------|
| ROSE | 807376 | 1030-41AD | Annual | 1BR | 1030 | | 41 |
| HERNANDEZ | 807377 | 201815-20EL | Biennial | 2BR | 2016 | 2015 | 20 |
| RUSNAK | 807378 | 1030-42AD | Annual | 1BR | 1030 | | 42 |
| JONES | 807380 | 1102-02ED | Biennial | 1BR | 1102 | | 02 |
| PEARSON | 807381 | 2021-35EO | Biennial | 1BR | 2021 | | 35 |
| BENCH | 807383 | 2029-01AD | Annual | 1BR | 2029 | | 01 |
| MULSOW | 807385 | 2041-14AO | Annual | 1BR | 2041 | | 14 |
| ZIEDLER | 807387 | 1030-43AD | Annual | 1BR | 1030 | | 43 |
| THOMAS | 807388 | 204845-29AL | Annual | 2BR | 2046 | 3045 | 29 |
| BUSS | 807391 | 2018-30EO | Biennial | 1BR | 2018 | | 30 |
| MARSHALL | 807392 | 1030-44AD | Annual | 1BR | 1030 | | 44 |
| RICHARDSON | 807393 | 2021-36EO | Biennial | 1BR | 2021 | | 36 |
| HUCKABY | 807395 | 1102-09ED | Biennial | 1BR | 1102 | | 09 |
| VEGA | 807396 | 1102-10EO | Biennial | 1BR | 1102 | | 10 |
| DOE | 807398 | 204845-30AL | Annual | 2BR | 2048 | 2045 | 30 |
| HUGHES | 807400 | 1041-47EO | Biennial | 1BR | 1041 | | 47 |
| YONKER | 807401 | 1030-13AD | Annual | 1BR | 1030 | | 13 |
| ABNER | 807403 | 1045-48EO | Biennial | 1BR | 1045 | | 48 |
| MCOWEN | 807405 | 2021-40EO | Biennial | 1BR | 2021 | | 40 |
| HOAGLIN | 807407 | 1030-45AD | Unofficial Document Biennial | 1BR | 1030 | | 45 |
| HO | 807411 | 2041-31AO | Annual | 1BR | 2041 | | 31 |
| GUTIERREZ | 807413 | 1102-20ED | Biennial | 1BR | 1102 | | 20 |
| CONWAY | 807414 | 2041-37AO | Annual | 1BR | 2041 | | 37 |
| HAMMAN | 807417 | 2021-48EO | Biennial | 1BR | 2021 | | 48 |
| KRAMER | 807418 | 101815-03EL | Biennial | 2BR | 1016 | 1015 | 03 |
| WESSEL | 807419 | 1030-46AD | Annual | 1BR | 1030 | | 46 |
| DODSON JR | 807421 | 1102-22ED | Biennial | 1BR | 1102 | | 22 |
| HUBARTH | 807424 | 2041-39AO | Annual | 1BR | 2041 | | 39 |
| MOZILO | 807425 | 2041-40AO | Annual | 1BR | 2041 | | 40 |
| HAYES | 807426 | 201314-18EL | Biennial | 2BR | 2013 | 2014 | 18 |
| SAMPSON | 807429 | 2021-50EO | Biennial | 1BR | 2021 | | 50 |
| 155 | | | 196 | | | | |

PR043

19990960816

## Exhibit "C"

That portion of the Southeast quarter of Section 35, Township 4 North, Range 4 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, being described as follows:

BEGINNING at a point on the Northerly line of the Southeast quarter of said Section, distant thereon, South 89 degrees 58 minutes 50 seconds East 1957.60 feet from the Northwest corner of said Southeast quarter, also being the Northeast corner of SCOTTSDALE VILLA MIRAGE RESORT CONDOMINIUMS, according to the plat recorded in Book 409 of Maps, Page 2 of Maricopa County Records;

thence along said Northerly line, South 89 degrees 58 minutes 50 seconds East 685.00 feet to the East quarter corner of said Section;

thence along the Easterly line of said Section, South 0 degrees 00 minutes 3 seconds West 661.22 feet, more or less, to the Northeast corner of the land described in Deed to ERP OPERATING LIMITED PARTNERSHIP, recorded June 10, 1997 as Instrument No 97-0388756, of Official Records;

thence along the Northerly line of said land, North 89 degrees 51 minutes 09 seconds West 685.00 feet, more or less, to the Southeast corner of said SCOTTSDALE VILLA MIRAGE RESORT CONDOMINIUM;

thence along the Easterly line thereof, North (Unofficial Document) minutes 35 seconds East 661.10 feet to the POINT OF BEGINNING.

Recording Batch # _____

PR 044

**Dr. Sheila Mannix, Co-Founder of IFCAA, Releases Letter and Summary of Exhibits Submitted to Senate Judiciary Committee on January 18, 2007**

*EXHIBIT H /*

March 26, 2007, Chicago, Illinois: On January 18, 2007, Dr. Sheila Mannix, as an individual, submitted the following to: The Honorable Patrick J. Leahy, Chairman, Senate Judiciary Committee, 433 Russell Senate Office Building, United States Senate, Washington, DC 20510

Re: Request for Meeting to Address the Initiation of a Grand Jury Investigation into the Organized Crime Infiltration of the U.S. Judicial System and Other Branches of Government Pursuant to the Proposed *War Profiteering Prevention Act of 2007* and the *Effective Corruption Prosecutions Act of 2007*

Dear Chairman Leahy,

Myself and our civilian team and informants have occurrence witnesses and hard material evidence, including pure trusts and bank accounts, evidencing the involvement of state and federal court agents in multiple states across the nation with an organized crime family based in Arizona.  As a result of the efforts of courageous citizens and organizations nation-wide in the face of retaliation against ourselves and our families including our children, twenty-one (21) judges have quit the bench in three targeted states (apparently in an attempt to save their pensions).  Further, seven directors of state child protective services agencies have stepped down.

For many months, we were fully cooperating with federal criminal authorities in Chicago until we hit a wall two weeks ago.  This was after the release to them of an affidavit by one of our organized crime informants which includes the involvement of members of the FBI as well as other officials in Arizona, Chicago, and Washington, D.C.  We were informed that the matter was "no longer under investigation."  We are now under information and belief that we are being targeted for further retaliation in the form of false criminal charges.  Said informant's life is in immanent danger.

We have material evidence to support the allegation that organized crime has infiltrated courts and agencies that have access to private, corporate, and government funds, e.g., bankruptcy, probate and family courts and child protective service agencies, as well as the corresponding state and federal reviewing courts.  The evidence uncovered in the federal bankruptcy court in Chicago led to the discovery of involvement of other branches of government and massive fraud against the government with regard to the initiation and perpetuation of the current military actions in Iraq. [Exhibit A: McCook Metals, LLC aluminum supply contracts including the Joint Strike Fighter (F-35)]

I have attached six (6) national press releases that we distributed through Business Wire in 2006. [Ex. B]  I have enclosed the Preliminary Summary of Family Court and Child Protected Services Corruption (without the extensive exhibits save two and an update) that we were asked to create and submit to federal criminal authorities. [Ex.C]  I have also attached the affidavit of Mr. Michael W. Lynch, former chairman of McCook Metals, LLC, that includes two affidavits by Ms. Sidney J. Perceful attesting to illicit acts in the court of Chief Bankruptcy Judge of the Northern District Eugene Wedoff and three illicit pure trusts. [Ex. D]  Our informants' affidavits detail the names and financial information which Mr. Lynch's affidavit did not and more.  Mr. Lynch was falsely

*PRO 45*

incarcerated on October 13, 2006 at the end of a forced hearing in gross violation of multiple constitutional rights. I have enclosed the transcript of said hearing. [Ex. E] Mr. Lynch was released on October 26, 2006 with a stay issued by the First District Appellate Court in Chicago. [Ex. F] The judge who falsely incarcerated Mr. Lynch quit the bench in December 2006. We have material evidence of her apparent involvement with organized crime. I have attached examples of illicit trust and other financial documents of judges who have quit the bench in the past six months and other involved judges in Chicago. [Ex. G; not complete sets of documents]

In your January 4, 2007 address you stated, *"Wiretaps, when appropriately requested and authorized, are an important method for agents and prosecutors to gain evidence of corrupt activities, which can otherwise be next to impossible to prove without an informant."* Sir, our informants are family members of the organized crime family whose moral integrity and conscience were stronger than their fear for their personal safety as they became aware of the illicit acts being committed and then embraced the reality of the number of innocent children, parents, business owners, and other individuals, here and abroad, who are being devastated by the illegal activities of the Family in partnership with corrupt officials in the U.S. judicial system and beyond. Our team is available for immediate grand jury testimony regarding illicit acts including but not limited to bribery and extortion. We are in need of immediate government immunity and protection.

We are upstanding, law-abiding citizens who have lawfully organized to fight for our constitutionally-secured rights and to stop the harm being perpetrated against our children, ourselves, our fellow Americans, especially the nation's children, and our global community for the personal financial gain of corrupt court agents and others. My father, John F. Mannix, who was in Connecticut politics for over twenty years, his last position as the Chairman of the State Board of Education, taught me that participating in our democracy in an official position is not only a privilege - it is a blessing - for it affords one the sacred gift of living in service to others.

The actions of public officials in league with organized crime for personal financial gain who are public servants beholden to protect those they are harming defile the sacrifices of our sons and daughters in law enforcement and the military, here and abroad, who have given their lives in service of the belief that they are fighting for these very same rights. We need your help and your leadership.

Respectfully Submitted,
Sheila A. Mannix, PhD

CC:    Eighteen Committee Members; Print and Broadcast Media Contacts

Enclosures

**Exhibit A**
McCook Metals, LLC Aluminum Supply Contracts
[that included the Joint Strike Fighter (F-35), Super Lightweight Tank, and the nation's Space Shuttle program]

**Exhibit B**
Six National Press Releases of 2006

PRO46

**Exhibit C**
Preliminary Summary of Family Court and Child Protective Services Corruption
[without extensive exhibits save two and an update]

**Exhibit D**
Affidavit of Michael W. Lynch in Support of Criminal Investigation of State and Federal
Trial, Bankruptcy, and Reviewing Courts in Chicago, Illinois

**Exhibit E**
Copy of Certified Report of Proceedings of October 13, 2006 before Judge Paddy H.
McNamara
[early retirement December 2006]

**Exhibit F**
Court Documents Regarding the Retaliatory Incarceration and Release of Michael W.
Lynch: October 13-26, 2006

**Exhibit G**
Partial Copies of Alleged Illicit Financial Documents of Some of the Apparently
Involved Judges in Chicago

Judge Stuart Nudelman (Early Retirement July 2006) – Disclaimer Deed Maricopa
County, Arizona; G1- G2

Judge Barbara Disko (Early Retirement December 1, 2006) – Chico Management
Services (Caribbean Trust); G3

Judge Paddy McNamara (Early Retirement December 2006) – Crown Central Asset
Fund, Crown Central Systems, Crown Ambassador Enterprises, Fidelity Investments;
G4-G8

Judge Alexander White – Five Whites, LLC; G9

Judge James Donegan – Legato Real Estate Ventures, LLC, Legato Trust; G10-G12

Judge Karen Shields – Shield Asset Fund, Shield Pension Fund; G13-G16

Judge James Henry – James W. Henry Financial Services, Inc.; G17

3

PRO47

Arizona Corporation Commission
State of Arizona Public Access System

07/21/2006



6:17 PM

### Officers and Directors

| | |
|---|---|
| File Number: | 10546452 |
| Corporation Name: | JAMES W. HENRY FINANCIAL SERVICES, INC. |
| Type of Business: | |

| | |
|---|---|
| **Record: 1 of 1** | |
| Name: | JAMES W HENRY |
| Title: | PRESIDENT |
| Address: | 1208 E SEMINOLE |
| | PHOENIX, AZ 85022 |
| Date Assigned: | 11/02/03 |
| Last Updated: | 03/24/06 |

- **Return to STARPAS Main Menu**
- **Return to A.C.C. Corporations Division Main Page**
- **Return to Arizona Corporation Commission Home Page**

There is NO Semincle listed in AZ (where James Henry is shown at)

PRO48

Unofficial
Documents

G3

---

# CONTRACT

## and

# DECLARATION

## of a

# PURE TRUST

**This Declaration of a Pure Trust Organization
Authorizes Its Trustees
to Operate Under the Name of**

# CHICO MANAGEMENT SERVICES

**Dated this 13th day of February, 1997**

---

Copyrighted at Common Law by Commonwealth Trust Company  1997

PR049

G-5

When recorded, mail to:
Board of Trustees'
**CROWN AMBASSADOR ENTERPRISES**
1309 E. NORTHERN, SUITE 600
PHOENIX, AZ 85020

# Unofficial
# Documents

This space reserved

CAPTION HEADING: DECLARATION OF TRUST

### THIS DOCUMENT IS CREATED UNDER COMMON LAW
### RIGHT OF CONTRACT IN WASHINGTON D.C.

# CROWN AMBASSADOR ENTERPRISES

### A Trust Organization and/or Pure Trust executed Under

### The Constitutional Laws of the United States of America

### Dated: NOVEMBER 17, 1992

PR050

# ARIZONA LINKED TO UTAH

Any person curious how the privileged live, can drive up and down many numerous streets in the prestigious areas of Arizona, and glimpse the grandeur behind the wrought iron gates, but what they don't know is that some of these homes are not even on the map. Somehow, these homes have been financed and built, and are now occupied by the moneyed elite, but someone has been paid off not to deed these properties, so that these people, who can afford the best money can buy, do not have to pay property tax. Would the reader be surprised to find out that many of these estates are owned by attorneys, who know how to tweak the laws as if they apply to everyone else but themselves? Would it further surprise the reader to find out these same attorneys are manipulating public land records without the true owners ever being alerted, and creating fictitious corporations to launder funds extorted from government welfare sources? This elaborate scheme was incepted by seven "members" who have been actively enriching themselves and defrauding the government of millions for years, and all trails lead back to them. This is all done by a technique of links…….
**Arizona Links To UTAH.**



PROS1

THE technique of connecting names together began by 7 people getting together to mock the judicial system. It was their intent to make fun of the Government by using the system to help bilk money for their amusement and own personal gain. When thinking of ways of how to swindle money, the group devised ways of using the Internet as their game board. They used a combination of vocabulary skills, crossword puzzles, anagrams, and chainmaille with an additional element of chance. The chance of their true identities being revealed is what they hid in this game. Imagine the shell-game. Instead of using coins put one name underneath the three shells and then you will have an idea of how these con men use names.

By using the concept behind Scrabble, the E-Group produced a version of the game Scrabble using the Internet as their game board with names of children, women, men, and businesses. The idea of chainmaille was to connect as many names as possible. The idea of scrabble was to use as many combination of words as possible. For example, the word "Utah". The person playing the game would drop the letters "ah" which would leave the letters "ut". UT stands for Utah where Randy Lang came from. Lang is a man posing as an attorney in Phoenix Arizona. Lang was one of the players in the E-Group who played this illegal interpretation of scrabble. He used children's names obtained from Child Protective Services, commonly known as CPS, to hide the names of his players. He used workers in CPS to obtain the immunity he needed to help transfer funds that should have been going to children, to his players. By going back and forth from AZ to UT, the players could create a business in AZ and use the name in UT. They would then collect the letters of the children's names so they could get funds from the Government on these children by filing fictitious Charter Schools using the names of children from the CPS collection or the juvenile jails around the States. Because the juvenile courts is a secret society, the children's names are not released to anyone so kids names are hard to trace. That is again, unless you happen to be one of the members of the Con Players Society, "CPS". If you are not a player your name could be used in this con society by making you a Prey instead of a Player. No one is safe. If everyone in Utah would look up their own name in the Arizona Maricopa County Recorder's Office they could see the havoc that is being caused by a handful of con players on the Internet game board. This is just the start!

PRO 52

*The Arizona Corporation Commission is being used to create fabricated names to help make the appearance of a business for these players. When in reality names of real people are being used and they are not aware of it.*

*Robert Vince, Dan and Nancy Ybanez are innocent families that have been marked by the players of this International scam. The game is played to break these families by what ever means the players can use. The object is to capture the children's names and in these two cases, help break the families apart. This is all done for money.*

Author, Paul Craig Roberts worded it the best in one of his articles, Entitled, Everyone a Criminal, printed May 07, 2003. Mr. Roberts wrote, "Today, anyone can be criminally prosecuted for offenses created by the indictment." The key word in his words is the word "created". Created means bringing into being, or to fabricate, as in the case of Robert Vince, Nancy and Dan Ybanez, who were falsely accused and caught in the abusive power of the Government that is suppose to be the same Government protecting them.

"The power to "protect" is also the power to ABUSE."

The Internet game of transferring money goes on and on. As long as there are innocent victims to scam, the game will be played unless the chain of names are broken. This can be done by following the links to the names one at a time.

.....Lang referred to his game as a dam.
"To create the dam add one name at a time".
"To break the dam remove one name at a time"

Start with the name **ANTHONY W. SCHOFIELD IN UTAH.**
End with the name **ANTHONY W. SCHOFIELD IN ARIZONA.**

PR053

## EXHIBITS                          ## DISCOVERY

*Sections:  1 - 10*

    **Anthony W Schofield**
    pages 1 - 4 _____ Anthony W Schofield  UT
    pages 5 - 8 _____ Anthony W Schofield  AZ

**2.**    **Schofield & Associates**
    pages 9 _____ W.T. Schofield
    pages 10 _____ T Schofield

**3.**    **W T Schofield**
    pages 11 _____ SFT,  MPS,  CT (2 corp.'s filed in UT)

**4.**    **MPS**
    pages 12 - 15 _____ MPS   (Entry #18 is AMI-OPS)

**5.**    **OPS**
    pages 16 _____ OPS  (Entries 1 of 4:  #4 is OPS)

**6.**    **CONFIDENTIAL**
    pages  -0- _____ NO DOCUMENTATION

**7.**    **Utah Community Credit Union**
    pages  17 - 33 _____ Utah Credit Union (CV case filed in AZ)

**8.**    **Utah Fourth Judicial District Court**
    pages 34 _____ No Names
                                            (filed in Maricopa County Recorder)

**9.**    **Maricopa County Recorder**
    pages 34 - 37 _____ Maricopa County Recorder

    **9.1.** pages 38 _____ Maricopa County Recorder  (No Names)
    **9.2.** pages 39 - 42 _____ Donald "A" Metke
    **9.3.** pages 43 - 44 _____ Names Altered / Changed
    **9.4.** pages 45 - 48 _____ Names Added
    **9.5.** pages 49 - 50 _____ No Address / No Owner

**10.**    **Schofield**
    pages 51 - 52 _____ SchofieldSmith

PR054