

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Sheila A. Mannix_
(Please print)

STREET ADDRESS: _1118 RFD_

CITY/STATE/ZIP: _Long Grove, IL 60047_

PHONE NUMBER: _(847) 971-6679_

CASE NUMBER: **08CV1883**
**JUDGE SHADUR**
**MAG. JUDGE MASON**

_[signature]_                          _3-2-08_
Signature                               Date

APR 02 2008
**FILED**
APR 0 2 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Guide to Civil Cases for Litigants Without Lawyers: Page 29)