

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Sheila A Mannix, et al.
_____
Plaintiff

v.

Daniel P. Sheetz, Sr.   CASE NUMBER
_____
Defendant(s)

**08CV1883
JUDGE SHADUR
MAG. JUDGE MASON**

JUDGE _____

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, **Sheila A. Mannix**, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?    ☐Yes  ☒No  (If "No," go to Question 2)
   I.D. # _____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: **Vernon Hills Food Pantry**

2. Are you currently employed?  ☒Yes  ☐No
   Monthly salary or wages: **about $260**
   Name and address of employer: **self-employed psychologist but I spend most of my time trying to save my sons and my**
   a. If the answer is "No":
      Date of last employment: **career and reputation have been irreparably**
      Monthly salary or wages: _____
      Name and address of last employer: **damaged by The Defendant, et al.**

   b. Are you married?   ☐Yes  ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                       ☐Yes  ☒No
      Amount _____ Received by _____

   b. ☐ Business, ☐ profession or ☐ other self-employment  ☐Yes  ☒No

**FILED
APR 0 2 2008 TC**

(Guide to Civil Cases for Litigants Without Lawyers: Page 40)

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT    APR 0 2 2008**

Amount_____ Received by_____

c.   ☐ Rent payments, ☐ interest or ☐ dividends          ☐Yes          ☒No
Amount_____ Received by_____

d.   ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                          ☐Yes          ☒No
Amount_____ Received by_____

e.   ☐ Gifts or ☐ inheritances                            ☐Yes          ☒No
Amount_____ Received by_____

f.   ☒ Any other sources (state source: Vernon Hills)     ☒Yes          ☒No
Amount $100 _____ Received by AT+T phone bill

4.  Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?        ☐Yes    ☒No    Total amount:_____
    In whose name held:_____ Relationship to you:_____

5.  Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?        ☐Yes    ☒No  I don't think so.
    Property:_____ Current Value:_____
    In whose name held:_____ Relationship to you:_____

6.  Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No  I don't think so.
    Address of property:_____
    Type of property:_____ Current value:_____
    In whose name held:_____ Relationship to you:_____ Lost home to
    Amount of monthly mortgage or loan payments:_____ foreclosure sale on
    Name of person making payments:_____                    3/26/08.

7.  Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                          ☒Yes    ☐No
    Property: 2003 Ford Taurus Wagon
    Current value: about $5000 I think              Some clothes
    In whose name held: self _____ Relationship to you:_____ and furniture

8.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents

_____

Kevin M. Sheetz, son

Brian S. Sheetz, son

I am court-ordered to pay their health insurance but I can't pay for it so I have to borrow money to maintain it; about $200 per month.

(Guide to Civil Cases for Litigants Without Lawyers: Page 41)

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 3-2-08

_____
Signature of Applicant

Sheila A Mannix
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____.
(Add all deposits from all sources and then divide by number of months).

_____                    _____
DATE                                                      SIGNATURE OF AUTHORIZED OFFICER

                                                          _____
                                                          (Print name)