# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | Matthew F. Kennelly |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1883 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Mannix vs. Sheetz | | |

**DOCKET ENTRY TEXT**

Hearing held on emergency motion for a temporary restraining order without notice and preliminary injunction. Motion for a TRO is denied for the reasons stated in open court. Motion for a preliminary injunction entered and continued for hearing before Judge Shadur on 4/3/2008 at 9:15 AM.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | OR |
|---|---|---|

## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | Matthew F. Kennelly |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1883 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Mannix vs. Sheetz | | |

**DOCKET ENTRY TEXT**

Hearing held on emergency motion for a temporary restraining order without notice and preliminary injunction. Motion for a TRO is denied for the reasons stated in open court. Motion for a preliminary injunction entered and continued for hearing before Judge Shadur on 4/3/2008 at 9:15 AM.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | OR |
|---|---|---|