**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Sheila A Mannix, et al.
                  Plaintiff,

v.
                                           Case No.: 1:08−cv−01883
                                           Honorable Milton I. Shadur

Daniel P Sheetz Sr.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 3, 2008:

    MINUTE entry before Judge Honorable Milton I. Shadur:Motion for leave to proceed in forma pauperis[4] denied as moot; Motion to appoint counsel [5] is denied as moot; Motion hearing held on 4/3/2008. This action is dismissed for lack of subject matter jurisdiction. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.