

**FILED**

APR 1 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

APR 1 4 2008

|  |  |  |
|---|---|---|
| SHEILA A. MANNIX, individually and as next friend of KEVIN MANNIX SHEETZ and BRIAN SPERRY SHEETZ | ) ) ) ) | Case No. **08 C 1883** |
| Plaintiffs, | ) ) | Emergency Judge Matthew F. Kennelly |
| v. | ) ) | Presiding Judge Milton I. Shadur |
| DANIEL P. SHEETZ, SR. | ) ) | Magistrate Judge Michael T. Mason |
| Defendant. | ) ) | Jury Demand Requested |
|  | ) |  |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 17, 2008, at 9:30 a.m. or as soon thereafter as pro se litigant may be heard, I shall appear before the Honorable Matthew F. Kennelly in Courtroom 2103 of the Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and shall there and then present, **Verified Motion to Reconsider the Order of Em. Judge Kennelly Entered on 4/2/08 and Amend in Co-Defendants** with Affidavit of Sheila A. Mannix in Support of Plaintiff's Verified Motion to Reconsider the Order of Em. Judge Kennelly Entered on 4/2/08 and Amend in Co-Defendants and Verified Motion to Reconsider the Minute Order Entered by Judge Shadur on 4/3/08 and Invoke 18 U.S.C. 4: Misprision of Felony.

SHEILA A. MANNIX
1118 RFD
Long Grove, Illinois 60047
(847) 971-6679

**Note: Underlying matter is a Verified Emergency Complaint for Application for Temporary Restraining Order _Without Notice_ and Preliminary Injunction**