FILED
APR 18 2008  APR 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SHEILA A. MANNIX, individually and as next friend of KEVIN MANNIX SHEETZ and BRIAN SPERRY SHEETZ<br>Plaintiffs,<br><br>v.<br><br>DANIEL P. SHEETZ, SR.<br>Defendant. | Case No. 08 C 1883<br><br>Emergency Judge Matthew F. Kennelly<br><br>Presiding Judge Milton I. Shadur<br><br>Magistrate Judge Michael T. Mason<br><br>Jury Demand Requested |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 18, 2008, at 9:15 a.m. or as soon thereafter as pro se litigant may be heard, I shall appear before the Honorable Milton I. Shadur in Courtroom 2303 of the Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and shall there and then present, **Motion for Stay Pending Completion of April 2, 2008 Transcript and Confirmation of 4/2/08 & 4/3/08 Transcripts' Accuracy with Audio Recordings.**

_/s/ Sheila A. Mannix_
SHEILA A. MANNIX
1118 RFD
Long Grove, Illinois 60047
(847) 971-6679

**Note: Underlying matter is a Verified Emergency Complaint for Application for Temporary Restraining Order Without Notice and Preliminary Injunction**