Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1883 | DATE | 4/18/2008 |
| CASE TITLE | Sheila Mannix vs. Daniel Sheetz | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion to reconsider the minute order of 4/3/08 is denied. (11-1) Plaintiff's motion to stay pending completion of April 2, 2008 transcript is denied.

Docketing to mail notices.

00:45



| | Courtroom Deputy Initials: | SN |
|---|---|---|